**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter ___**7**___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **J & D Restaurant Group, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2  7  –  1  6  1  7  2  9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1301 Solana Blvd.** | **PO Box 236** |
| Number    Street | Number    Street |
| **Bldg. 2 Suite 2300** | |
| | P.O. Box |
| **Westlake**       **TX**    **76262** | **Roanoke**       **TX**    **76262** |
| City       State    ZIP Code | City       State    ZIP Code |
| **Tarrant** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City       State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **http://www.jdgroupllc.com/home.html** |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **J & D Restaurant Group, LLC** _____    Case number (if known) _____

**7.    Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

        _7_   _2_   _2_   _5_

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑  Chapter 7
☐  Chapter 9
☐  Chapter 11.    *Check all that apply:*

    ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐  A plan is being filed with this petition.

    ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No
☐  Yes.  District _____  When _____  Case number _____
                                                              MM / DD / YYYY
            District _____  When _____  Case number _____
                                                              MM / DD / YYYY
            District _____  When _____  Case number _____
                                                              MM / DD / YYYY

Debtor  **J & D Restaurant Group, LLC** _____    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in _this district?_**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**      _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

## ▇ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

_Check one:_

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **J & D Restaurant Group, LLC** _____     Case number (if known) _____

| 14. | Estimated number of creditors | | | |
|---|---|---|---|---|
| | | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☑ 200-999 | | |

| 15. | Estimated assets | | | |
|---|---|---|---|---|
| | | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | | | |
|---|---|---|---|---|
| | | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | |
|---|---|---|
| | | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/19/2017**
MM / DD / YYYY

X _~signature~_                                **Bernard J. Morrissey**
Signature of authorized representative of debtor        Printed name

Title **CEO/President**

| 18. | Signature of attorney | |
|---|---|---|
| | X _~signature~_ | Date **05/19/2017** |
| | Signature of attorney for debtor | MM / DD / YYYY |

**Joshua L. Shepherd**
Printed name

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name

**2001 Bryan Street, Suite 1800**
Number        Street

_____

**Dallas**                        **TX**        **75201**
City                        State        ZIP Code

**(214) 871-2100**                    **jshepherd@qslwm.com**
Contact phone                    Email address

**24058104**                        **TX**
Bar number                        State

## RESOLUTION OF J & D RESTAURNT GROUP, LLC

The undersigned, being the President, Chief Executive Officer, and sole Member and Manager of J & D Restaurant Group, LLC (the "Company"), does hereby consent to, approve, and adopt the following resolutions:

"RESOLVED, that it is desirable and for the best interest of this Company, its creditors, and other constituencies to file a voluntary petition under the provisions of Chapter 7 of the United States Bankruptcy Code ("Chapter 7"); and it is further,

RESOLVED, that Bernard J. Morrissey, the President of the Company be, and he hereby is, authorized and directed on behalf of the Company to execute and verify a petition under Chapter 7 for the Company and shall cause the same to be filed along with a list of the Company's creditors and their addresses and a summary of the Company's assets and liabilities with the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division; and it is further,

RESOLVED, that Bernard J. Morrissey, the President of the Company, is authorized and directed to: (i) pay all filing fees and costs of filing such petition under Chapter 7 with the Bankruptcy Court; (ii) retain and compensate Quilling, Selander, Lownds, Winslett & Moser, P.C. as bankruptcy counsel for the Company; and (iii) take any and all actions, perform any and all obligations, execute and verify any and all pleadings, documents, and instruments, and do all things ancillary, necessary, or implied by, and in connection with, this unanimous consent to accomplish the purposes hereof and to consummate the transactions contemplated hereby, as such President, in the exercise of his reasonable business judgment, deemed necessary, appropriate, and desirable, and in the best interests of the Company.

IN WITNESS HEREOF, the undersigned, being the President of the Company, approved and adopted the foregoing as acts of the Company, and hereunder set out his hand this 1st day of May, 2017.

Date: May 1, 2017

Signed: _Bernard J. Morrissey_

Bernard J. Morrissey
Sole Member and Manager of
J & D Restaurant Group LLC

Page 1 of 1