**Fill in this information to identify the case**

Debtor name    **J & D Restaurant Group, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of
debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **First Bank & Trust - Lubbock (Main Account)** | **Checking account** | 2 6 0 3 | $34,803.66 |
| 3.2. | **First Bank & Trust - Lubbock (AP Account)** | **Checking account** | 2 6 1 1 | $0.01 |
| 3.3. | **First Bank & Trust - Lubbock (Payroll Account)** | **Checking account** | 2 6 5 2 | $9,882.13 |
| 3.4. | **First Bank & Trust - Lubbock (CC Account)** | **Checking account** | 2 6 6 0 | $100.00 |
| 3.5. | **Bank of America** Debtor is unable to confirm account balance due to the bank's denial of access, but upon information and belief, there are no funds in the account. | **Checking account** | 7 4 3 5 | $0.00 |
| 3.6. | **First Texas Bank** | **Checking account** | 1 0 5 1 | ($126.29) |

Debtor    **J & D Restaurant Group, LLC**        Case number (if known) _____
_____
Name

**4. Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

| | | |
|---|---|---|
| 4.1. | Refund checks for deposits and checks for rebates from vendors. | $14,712.18 |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $59,371.69

---

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

                                         Current value of
                                         debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Utility Deposits | $57,877.64 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Prepaid Expenses for General Liability and Workers Compensation insurance | $34,456.00 |
| 8.2. | Prepaid retainer with law firm of Dady & Gardner P.A., 80 S 80th Street, Minneapolis, MN 55402 | $4,912.50 |

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.     $97,246.14

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

                                         Current value of
                                         debtor's interest

**11. Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 | – | $0.00 | = ............ ➜ | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $0.00 | – | $0.00 | = ............ ➜ | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $0.00

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Debtor   **J & D Restaurant Group, LLC**_____   Case number (if known) _____
                 Name

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

17. **Total of Part 4**
   Add lines 14 through 16. Copy the total to line 83.                                    **$0.00**

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** |  |  |  |  |
| 20. **Work in progress** |  |  |  |  |
| 21. **Finished goods, including goods held for resale** |  |  |  |  |
| 22. **Other inventory or supplies** |  |  |  |  |
| **Uniforms for Employees** |  |  |  |  |
| **Net Book Value is based upon an estimated liquidation value of roughly $10.00 per uniform multiplied by 626 employees.** |  | $6,260.00 | Liquidation | $6,260.00 |

23. **Total of Part 5**
   Add lines 19 through 22. Copy the total to line 84.                                    **$6,260.00**

24. **Is any of the property listed in Part 5 perishable?**
   ☒ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☒ No
   ☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

---

Debtor   **J & D Restaurant Group, LLC**                          Case number (if known) _____
　　　　　　Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops--either planted or harvested**

**29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

**31.** **Farm and fishing supplies, chemicals, and feed**

**32.** **Other farming and fishing-related property not already listed in Part 6**

**33.** **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

> $0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture**

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

> $0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **J & D Restaurant Group, LLC**        Case number (if known) _____
        Name

## Part 8:   Machinery, equipment, and vehicles

**46.**   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Equipment** | | | |
| **Net Book Value is equivalent to the purchase price less depreciation for all items of equipment (liquidation value is unknown). See attached "Exhibit 2 (Schedule A/B)" for equipment list.** | **$8,382,939.00** | **Going Concern** | **Unknown** |
| **Miscellaneous Parts and Supplies** | | | |
| **Items are located in U-Haul storage unit #306 at 3824 S General Bruce Drive, Temple, Texas 76502. Upon information reported from the District Manager of Debtor's formerly-operated restaurant in Temple, Texas, it is believed that few, if any, items remain in the storage unit.** | **Unknown** | | **Unknown** |

**51.**   **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

> **$0.00**

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54.**   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____
      Name

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

55.1. **Former Restaurant Leases**

| **Debtor formerly leased the property<br>and buildings of thirty-one (31) Jack<br>in the Box restaurants. Addresses<br>for the aforementioned properties<br>are attached hereto as "Exhibit 1<br>(Schedule A/B)."** | Leased | | | $0.00 |
|---|---|---|---|---|

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| www.jdgroupllc.com | $0.00 | Liquidation | $0.00 |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.      **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____
         Name

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes.  Fill in the information below.

                                                                                 Current value of
                                                                                  debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Debtor obtained an extension for its 2016 tax return and has yet to file said return, however, upon information and belief, Debtor will potentially realize a net operating loss for that year.**    Tax year   **2016**        **$0.00**

**Upon information and belief, Debtor will potentially realize a net operating loss for 2017.**    Tax year   **2017**        **$0.00**

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Debtor has potential claims and/or causes of action against Jack in the Box, Inc. and/or Jack in the Box Eastern Division, L.P. for breach of the franchise agreement and/or turnover agreement between Debtor and the aforementioned parties.**        **Unknown**

**Nature of claim**     **Potential Breach of Contract**

**Amount requested**     _____

**Debtor has potential claims agaisnt Falcon Holdings Management for breach of its agreement regarding bookkeeping services to be provided to Debtor.**        **Unknown**

**Nature of claim**     **Potential Breach of Contract**

**Amount requested**     _____

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.            **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor **J & D Restaurant Group, LLC**          Case number (if known) _____
_____
         Name

### Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $59,371.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $97,246.14 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,260.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column.   91a. | $162,877.83  + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................. | **$162,877.83**

---

**Fill in this information to identify the case:**

Debtor name    **J & D Restaurant Group, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1.**    **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.**    List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**3.**    Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.

$11,363,101.39

| Debtor | **J & D Restaurant Group, LLC** | | Case number (if known) | |

## Part 1:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |

**2.1**

| Creditor's name | Describe debtor's property that is | | |
| **ANGELINA COUNTY TAX OFFICE** | subject to a lien | **$1,566.47** | **$6,260.00** |

Creditor's mailing address
**PO BOX 1344**

**Debtor's Personal Property in
Angelina County**

**Describe the lien**

**Personal Property Taxes / Statutory Lien**

**LUFKIN                    TX    75902-1344**

Creditor's email address, if known

Is the creditor an insider or related party?

☒ No
☐ Yes

Date debt was incurred    **2016**

Is anyone else liable on this claim?

☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number      ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☐ No
☒ Yes.  Specify each creditor, including this
creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**For Equipment   Net Book Value is
equivalent to the purchase pri: 1)
WELLS FARGO EQUIPMENT
FINANCE, INC; 2) WELLS FARGO
EQUIPMENT FINANCE, INC; 3)
WELLS FARGO EQUIPMENT
FINANCE, INC; 4) Gregg County Tax
Assessor-Collector; 5) ANGELINA
COUNTY TAX OFFICE; 6) Bell County
Tax Appraisal District; 7) BRAZOS
COUNTY TAX; 8) Cherokee County
Appraisal District; 9) CORYELL
COUNTY; 10) FIRST FRANCHISE
CAPITAL; 11) FIRST FRANCHISE
CAPITAL; 12) FIRST FRANCHISE
CAPITAL; 13) FIRST FRANCHISE
CAPITAL; 14) FIRST FRANCHISE
CAPITAL; 15) HILL COUNTY TAX
OFFICE; 16) JACK IN THE BOX INC;
17) KIRK SHIELDS, CPA PCC; 18)
Leon County Tax Assessor
Collector; 19) MADISON COUNTY
TAX OFFICE; 20) MCLENNAN
COUNTY - TAX OFFICE; 21)
Nacaogdoches Central Appr Dist;
22) SMITH COUNTY TAX OFFICE.  For
Uniforms for Employees   Net Book
Value is based upon an est: 1)
ANGELINA COUNTY TAX OFFICE; 2)
Cherokee County Appraisal District;
3) BRAZOS COUNTY TAX; 4) Bell
County Tax Appraisal District; 5)
CORYELL COUNTY; 6) FIRST
FRANCHISE CAPITAL; 7) FIRST
FRANCHISE CAPITAL; 8) FIRST
FRANCHISE CAPITAL; 9) FIRST
FRANCHISE CAPITAL; 10) FIRST
FRANCHISE CAPITAL; 11) Gregg**

**CPA PCC; 15) Leon County Tax
Assessor Collector; 16) MADISON**

Debtor   **J & D Restaurant Group, LLC**                Case number (if known) _____

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.2**

**Creditor's name**
**Bell County Tax Appraisal District**

**Creditor's mailing address**
**PO Box 390**

_____

**Belton          TX    76513-0390**

**Creditor's email address, if known**

_____

**Date debt was incurred        2016**

**Last 4 digits of account
number**      ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
relative priority?

  ☑ No.  Specify each creditor, including this
  creditor, and its relative priority.

  **For Miscellaneous Parts and
  Supplies   Items are located in U-
  Ha: 1) Bell County Tax Appraisal
  District; 2) FIRST FRANCHISE
  CAPITAL; 3) FIRST FRANCHISE
  CAPITAL; 4) FIRST FRANCHISE
  CAPITAL; 5) FIRST FRANCHISE
  CAPITAL; 6) FIRST FRANCHISE
  CAPITAL; 7) JACK IN THE BOX
  INC; 8) WELLS FARGO
  EQUIPMENT FINANCE, INC; 9)
  WELLS FARGO EQUIPMENT
  FINANCE, INC; 10) WELLS FARGO
  EQUIPMENT FINANCE, INC.  For
  Equipment   Net Book Value is
  equivalent to the purchase pri:
  See 2.1.  For Uniforms for
  Employees   Net Book Value is
  based upon an est: See 2.1.**

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

**Describe debtor's property that is
subject to a lien**                     **$54,383.60**        **$6,260.00**

**Debtor's Personal Property in Bell
County**

**Describe the lien**

**Personal Property Taxes / Statutory Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.3**

**Creditor's name**
BRAZOS COUNTY TAX

**Describe debtor's property that is subject to a lien**                    $11,897.92        $6,260.00

**Creditor's mailing address**
ASSESSOR-COLLECTOR

**Debtor's Personal Property in Brazos County**

4151 COUNTY PARK COURT

**Describe the lien**
Personal Property Taxes / Statutory Lien

BRYAN          TX    77802-1430

**Is the creditor an insider or related party?**

**Creditor's email address, if known**
☑ No
☐ Yes

**Date debt was incurred**    2016

**Is anyone else liable on this claim?**
☐ No

**Last 4 digits of account number** ___ ___ ___ ___
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☑ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines  2.1

**2.4**

**Creditor's name**
Cherokee County Appraisal District

**Describe debtor's property that is subject to a lien**                    $609.90        $6,260.00

**Creditor's mailing address**
PO BOX 494

**Debtor's Personal Property in Cherokee County**

**Describe the lien**
Personal Property Taxes / Statutory Lien

RUSK          TX    75785

**Is the creditor an insider or related party?**

**Creditor's email address, if known**
☑ No
☐ Yes

**Date debt was incurred**    2016

**Is anyone else liable on this claim?**
☐ No

**Last 4 digits of account number** ___ ___ ___ ___
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☑ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines  2.1

Debtor **J & D Restaurant Group, LLC**     Case number (if known) _____

**Part 1:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.5**   **Creditor's name**
**CORYELL COUNTY**

**Describe debtor's property that is
subject to a lien**     $1,999.87     $6,260.00

**Creditor's mailing address**
**PO BOX 6**

**Debtor's Personal Property in Coryell
County**

**Describe the lien**

**Personal Property Taxes / Statutory Lien**

**GATESVILLE    TX   76528**

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

☑ No
☐ Yes

**Date debt was incurred**    **2016**

**Is anyone else liable on this claim?**

**Last 4 digits of account
number**    ___ ___ ___ ___

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in
the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☑ Yes. Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
specified on lines   **2.1**

Debtor **J & D Restaurant Group, LLC**   Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.6**

**Creditor's name**
FIRST FRANCHISE CAPITAL

**Creditor's mailing address**
PO BOX 476

_____

HAMILTON          OH    45012

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        7    8    5    1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For Bank of America   Debtor is unable to confirm account balanc: 1) FIRST FRANCHISE CAPITAL; 2) FIRST FRANCHISE CAPITAL; 3) FIRST FRANCHISE CAPITAL; 4) FIRST FRANCHISE CAPITAL; 5) FIRST FRANCHISE CAPITAL; 6) JACK IN THE BOX INC.  For First Bank & Trust - Lubbock (AP Account) : 1) FIRST FRANCHISE CAPITAL; 2) FIRST FRANCHISE CAPITAL; 3) FIRST FRANCHISE CAPITAL; 4) FIRST FRANCHISE CAPITAL; 5) FIRST FRANCHISE CAPITAL; 6) JACK IN THE BOX INC.  For First Bank & Trust - Lubbock (CC Account) : 1) FIRST FRANCHISE CAPITAL; 2) FIRST FRANCHISE CAPITAL; 3) FIRST FRANCHISE CAPITAL; 4) FIRST FRANCHISE CAPITAL; 5) FIRST FRANCHISE CAPITAL; 6) JACK IN THE BOX INC.  For First Bank & Trust - Lubbock (Main Account) : 1) FIRST FRANCHISE CAPITAL; 2) FIRST FRANCHISE CAPITAL; 3) FIRST FRANCHISE CAPITAL; 4) FIRST FRANCHISE CAPITAL; 5) FIRST FRANCHISE CAPITAL; 6) JACK IN THE BOX INC.  For First Bank & Trust - Lubbock (Payroll Account) : 1) FIRST FRANCHISE CAPITAL; 2) FIRST FRANCHISE CAPITAL; 3) FIRST FRANCHISE CAPITAL; 4) FIRST FRANCHISE CAPITAL; 5) FIRST FRANCHISE CAPITAL; 2) FIRST FRANCHISE CAPITAL; 3) FIRST FRANCHISE**

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets of Debtor**

**Describe the lien**

**UCC-1 / Agreement**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$1,369,689.57**         **$157,965.33**

Debtor **J & D Restaurant Group, LLC**     Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.7**

Creditor's name
**FIRST FRANCHISE CAPITAL**

Creditor's mailing address
**PO BOX 476**

_____

**HAMILTON    OH  45012**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number       **7   8   5   2**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.6**

Describe debtor's property that is subject to a lien
**Blanket lien on all assets of Debtor**

Describe the lien
**UCC-1 / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,443,726.96**    Column B: **$157,965.33**

---

**2.8**

Creditor's name
**FIRST FRANCHISE CAPITAL**

Creditor's mailing address
**PO BOX 476**

_____

**HAMILTON    OH  45012**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number       **7   8   5   3**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.6**

Describe debtor's property that is subject to a lien
**Blanket lien on all assets of Debtor**

Describe the lien
**UCC-1 / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,443,726.95**    Column B: **$157,965.33**

Debtor **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

<table>
<tr><td></td><td></td><td>**Column A**<br>Amount of claim<br>Do not deduct the value of collateral.</td><td>**Column B**<br>Value of collateral that supports this claim</td></tr>
</table>

**2.9** | Creditor's name
**FIRST FRANCHISE CAPITAL**

Describe debtor's property that is subject to a lien

**Blanket lien on all assets of Debtor**                    $4,090,559.51    $157,965.33

Creditor's mailing address
**PO BOX 476**

Describe the lien
**UCC-1 / Agreement**

_____

**HAMILTON        OH    45012**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number        **7  8  5  4**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.6**

---

**2.10** | Creditor's name
**FIRST FRANCHISE CAPITAL**

Describe debtor's property that is subject to a lien

**Blanket lien on all assets of Debtor**                    $471,209.08    $157,965.33

Creditor's mailing address
**PO BOX 476**

Describe the lien
**UCC-1 / Agreement**

_____

**HAMILTON        OH    45012**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number        **0  5  5  3**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.6**

Debtor **J & D Restaurant Group, LLC**                    Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.11**

**Creditor's name**
Gregg County Tax Assessor-Collector

**Creditor's mailing address**
101 East Melvin

_____

Longview          TX    75061

**Creditor's email address, if known**

_____

**Date debt was incurred**    2016

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**    **$5,446.70**    **$6,260.00**
Debtor's Personal Property in Gregg County

**Describe the lien**
Personal Property Taxes / Statutory Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.12**

**Creditor's name**
HILL COUNTY TAX OFFICE

**Creditor's mailing address**
PO BOX 412

_____

HILLSBORO          TX    76645

**Creditor's email address, if known**

_____

**Date debt was incurred**    2016

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**    **$2,840.77**    **$6,260.00**
Debtor's Personal Property in Hill County

**Describe the lien**
Personal Property Taxes / Statutory Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **J & D Restaurant Group, LLC**                      Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.13**  Creditor's name
**JACK IN THE BOX INC**

Creditor's mailing address
**9330 BALBOA AVE**

_____

**SAN DIEGO        CA    92123**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is
  specified on lines  **2.1, 2.2, 2.6**

Describe debtor's property that is
subject to a lien

**Blanket lien on all assets of Debtor**

Describe the lien

**UCC-1 / Agreement**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $2,060,738.51 | $157,965.33 |

**Claim amount represents amounts allegedly owed pursuant to the franchise agreement between Jack in the Box, Inc. and/or Jack in the Box Eastern Division, L.P. and Debtor.**

**2.14**  Creditor's name
**KIRK SHIELDS, CPA PCC**

Creditor's mailing address
**TAX ASSESSOR-COLLECTOR**

**PO BOX 1431**

_____

**LONGVIEW          TX    75606**

Creditor's email address, if known

_____

Date debt was incurred    **2016**

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is
  specified on lines  **2.1**

Describe debtor's property that is
subject to a lien

**Personal Property of the Debtor**

Describe the lien

**Personal Property Taxes / Statutory Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $5,446.70 | $6,260.00 |

Debtor     **J & D Restaurant Group, LLC** _____     Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.15**

**Creditor's name**
**Leon County Tax Assessor Collector**

**Creditor's mailing address**
**PO BOX 37**

_____

**CENTERVILLE          TX     75833-0037**

**Creditor's email address, if known**

_____

**Date debt was incurred     2016**

**Last 4 digits of account
number**     ___  ___  ___  ___

**Do multiple creditors have an interest in
the same property?**

☐ No
☑ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is
specified on lines **2.1**

**Describe debtor's property that is
subject to a lien**
**Debtor's Personal Property in Leon
County**

**Describe the lien**
**Personal Property Taxes / Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $3,504.63 | $6,260.00 |

**2.16**

**Creditor's name**
**MADISON COUNTY TAX OFFICE**

**Creditor's mailing address**
**PO BOX 417**

_____

**MADISONVILLE          TX     77864**

**Creditor's email address, if known**

_____

**Date debt was incurred     2016**

**Last 4 digits of account
number**     ___  ___  ___  ___

**Do multiple creditors have an interest in
the same property?**

☐ No
☑ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is
specified on lines **2.1**

**Describe debtor's property that is
subject to a lien**
**Debtor's Personal Property in
Madison County**

**Describe the lien**
**Personal Property Taxes / Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $3,959.32 | $6,260.00 |

Debtor  **J & D Restaurant Group, LLC**                          Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.17**

Creditor's name
**MCLENNAN COUNTY - TAX OFFICE**

Describe debtor's property that is
subject to a lien

$16,227.55          $6,260.00

Creditor's mailing address
**PO BOX 406**

**Debtor's Personal Property in
McLennan County**

_____

Describe the lien

_____          **Personal Property Taxes / Statutory Lien**

**WACO          TX    76703**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred      **2016**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated

☐ No
☑ Yes. Have you already specified the
relative priority?

☐ Disputed

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
specified on lines  **2.1**

**2.18**

Creditor's name
**Nacaogdoches Central Appr Dist**

Describe debtor's property that is
subject to a lien

$2,332.12          $6,260.00

Creditor's mailing address
**216 W HOSPITAL ST**

**Debtor's Personal Property in
Nacogdoches County**

_____

Describe the lien

_____          **Personal Property Taxes / Statutory Lien**

**NACOGDOCHES      TX    75961**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred      **2016**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated

☐ No
☑ Yes. Have you already specified the
relative priority?

☐ Disputed

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
specified on lines  **2.1**

Debtor **J & D Restaurant Group, LLC**    Case number (if known) _____

## Part 1:    Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.19**

**Creditor's name**
SMITH COUNTY TAX OFFICE

**Creditor's mailing address**
PO BOX 2011

TYLER             TX   75710-2011

**Creditor's email address, if known**

**Date debt was incurred**    2016

**Last 4 digits of account
number**    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
specified on lines  2.1

**Describe debtor's property that is
subject to a lien**    $5,456.26    $6,260.00

**Debtor's Personal Property in Smith
County**

**Describe the lien**

**Personal Property Taxes / Statutory Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.20**

**Creditor's name**
WELLS FARGO EQUIPMENT FINANCE,

**Creditor's mailing address**
733 MARQUETTE AVENUE, SUITE 700

MINNEAPOLIS        MN   55402

**Creditor's email address, if known**

**Date debt was incurred**    _____

**Last 4 digits of account
number**    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
specified on lines  2.1, 2.2

**Describe debtor's property that is
subject to a lien**    $161,759.00    $0.00

**Equipment**

**Describe the lien**

**UCC-1 / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

See UCC Financing Statement Nos. 15-0034945920, 16-00178919, 16-0005987935, and 16-0007484636 filed in Texas
by Wells Fargo Equipment Finance, Inc.

Debtor **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.21**

Creditor's name
**WELLS FARGO EQUIPMENT FINANCE,**

Describe debtor's property that is
subject to a lien
**Equipment**

Creditor's mailing address
**733 MARQUETTE AVENUE, SUITE 700**

Describe the lien
**UCC-1 / Agreement**

Is the creditor an insider or related party?

**MINNEAPOLIS        MN    55402**

☑ No

Creditor's email address, if known

☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred    _____

☑ No

Last 4 digits of account
number    ___ ___ ___ ___

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in
the same property?

As of the petition filing date, the claim is:
Check all that apply.

☐ No

☐ Contingent

☑ Yes. Have you already specified the
relative priority?

☐ Unliquidated

☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines  **2.1, 2.2**

Amount of claim: **$160,410.00**    Value of collateral: **$0.00**

See UCC Financing Statement Nos. 15-0034945920, 16-00178919, 16-0005987935, and 16-0007484636 filed in Texas
by Wells Fargo Equipment Finance, Inc.

**2.22**

Creditor's name
**WELLS FARGO EQUIPMENT FINANCE,**

Describe debtor's property that is
subject to a lien
**Equipment**

Creditor's mailing address
**733 MARQUETTE AVENUE, SUITE 700**

Describe the lien
**UCC-1 / Agreement**

Is the creditor an insider or related party?

**MINNEAPOLIS        MN    55402**

☑ No

Creditor's email address, if known

☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred    _____

☑ No

Last 4 digits of account
number    ___ ___ ___ ___

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in
the same property?

As of the petition filing date, the claim is:
Check all that apply.

☐ No

☐ Contingent

☑ Yes. Have you already specified the
relative priority?

☐ Unliquidated

☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines  **2.1, 2.2**

Amount of claim: **$45,610.00**    Value of collateral: **$0.00**

See UCC Financing Statement Nos. 15-0034945920, 16-00178919, 16-0005987935, and 16-0007484636 filed in Texas
by Wells Fargo Equipment Finance, Inc.

Debtor    **J & D Restaurant Group, LLC**          Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Douglas Draper** | Line __2.10__ | ___ ___ ___ ___ |
| **Heller, Draper, Patrick, Horn & Dabney** | | |
| **650 Poydras Street, Suite 2500** | | |
| **New Orleans**      **LA**      **70130** | | |
| **Douglas Draper** | Line __2.9__ | ___ ___ ___ ___ |
| **Heller, Draper, Patrick, Horn & Dabney** | | |
| **650 Poydras Street, Suite 2500** | | |
| **New Orleans**      **LA**      **70130** | | |
| **Douglas Draper** | Line __2.8__ | ___ ___ ___ ___ |
| **Heller, Draper, Patrick, Horn & Dabney** | | |
| **650 Poydras Street, Suite 2500** | | |
| **New Orleans**      **LA**      **70130** | | |
| **Douglas Draper** | Line __2.7__ | ___ ___ ___ ___ |
| **Heller, Draper, Patrick, Horn & Dabney** | | |
| **650 Poydras Street, Suite 2500** | | |
| **New Orleans**      **LA**      **70130** | | |
| **Douglas Draper** | Line __2.6__ | ___ ___ ___ ___ |
| **Heller, Draper, Patrick, Horn & Dabney** | | |
| **650 Poydras Street, Suite 2500** | | |
| **New Orleans**      **LA**      **70130** | | |
| **Melissa Hayward** | Line __2.10__ | ___ ___ ___ ___ |
| **Franklin & Hayward LLP** | | |
| **10501 N Central Expressway, Suite 106** | | |
| **Dallas**      **TX**      **75231** | | |

Debtor    **J & D Restaurant Group, LLC**                                    Case number (if known)

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Melissa Hayward**<br>**Franklin & Hayward LLP**<br>**10501 N Central Expressway, Suite 106**<br><br>**Dallas**                 **TX**     **75231** | Line  **2.9** | ___ ___ ___ ___ |
| **Melissa Hayward**<br>**Franklin & Hayward LLP**<br>**10501 N Central Expressway, Suite 106**<br><br>**Dallas**                 **TX**     **75231** | Line  **2.8** | ___ ___ ___ ___ |
| **Melissa Hayward**<br>**Franklin & Hayward LLP**<br>**10501 N Central Expressway, Suite 106**<br><br>**Dallas**                 **TX**     **75231** | Line  **2.7** | ___ ___ ___ ___ |
| **Melissa Hayward**<br>**Franklin & Hayward LLP**<br>**10501 N Central Expressway, Suite 106**<br><br>**Dallas**                 **TX**     **75231** | Line  **2.6** | ___ ___ ___ ___ |
| **Oak Street / First Franchise Capital**<br>**Attn: David M. Bullington**<br>**8888 Keystone Crossing, Suite 1700**<br><br>**Indianapolis**          **IN**     **46240** | Line  **2.10** | ___ ___ ___ ___ |
| **Oak Street / First Franchise Capital**<br>**Attn: David M. Bullington**<br>**8888 Keystone Crossing, Suite 1700**<br><br>**Indianapolis**          **IN**     **46240** | Line  **2.9** | ___ ___ ___ ___ |
| **Oak Street / First Franchise Capital**<br>**Attn: David M. Bullington**<br>**8888 Keystone Crossing, Suite 1700**<br><br>**Indianapolis**          **IN**     **46240** | Line  **2.8** | ___ ___ ___ ___ |

Debtor   **J & D Restaurant Group, LLC**           Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |
|---|---|

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| **Oak Street / First Franchise Capital** | | | Line _2.7_ | ___ ___ ___ ___ |
| **Attn: David M. Bullington** | | | | |
| **8888 Keystone Crossing, Suite 1700** | | | | |
| **Indianapolis** | **IN** | **46240** | | |
| **Oak Street / First Franchise Capital** | | | Line _2.6_ | ___ ___ ___ ___ |
| **Attn: David M. Bullington** | | | | |
| **8888 Keystone Crossing, Suite 1700** | | | | |
| **Indianapolis** | **IN** | **46240** | | |
| **Samuel S. Allen** | | | Line _2.13_ | ___ ___ ___ ___ |
| **Jackson Walker LLP** | | | | |
| **135 W. Twohig Avenue, Suite C** | | | | |
| **San Angelo** | **TX** | **76903** | | |

**Fill in this information to identify the case:**

Debtor **J & D Restaurant Group, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

Debtor  **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,223.22 |

**3C ELECTRIC, LLC**

**21120 FM 244**

_____

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Iola**          **TX**    **77861**

Basis for the claim: **Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $110.00 |

**A-Z PLUMBING COMPANY**

**PO BOX 3029**

_____

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**HARKER HEIGHTS**    **TX**    **76548**

Basis for the claim: **Goods and/or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |

**ADA TWIDWELL**

**4101 W ADAMS AVE APT 108**

_____

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**TEMPLE**        **TX**    **76513**

Basis for the claim: **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |

**ADAM BLANKENSHIP**

**601 YORKSHIRE DR**

_____

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**COLLEGE STATION**    **TX**    **77845**

Basis for the claim: **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.5**    Nonpriority creditor's name and mailing address

ADAM DUNCAN

1410 ASHLEY DR

NOLANVILLE     TX    76559

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.6**    Nonpriority creditor's name and mailing address

ADOLFO VELEZ

511 DALLAS ST

JACKSONVILLE     TX    75766

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.7**    Nonpriority creditor's name and mailing address

ADRIAN ARREDONDO

514 WESTVIEW LN

COPPERAS COVE     TX    76522

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.8**    Nonpriority creditor's name and mailing address

ADRIAN ARREDONDO

514 WESTVIEW  LN

COPPERAS COVE     TX    76522

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC**                Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

ADRIAN GUZMAN

826 MT CARMEL RD

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN            TX      75904      **Notice only**

Date or dates debt was incurred      _____      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __      ☑ No
☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

AEZLUN TREAAAWAY

2411 TUDOR DR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN            TX      76543      **Notice only**

Date or dates debt was incurred      _____      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __      ☑ No
☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

AISHA SANDERS

3404 BROOK CIR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO            TX      76710      **Notice only**

Date or dates debt was incurred      _____      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __      ☑ No
☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

ALBERTA MELCHOR

216 ADAMS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TYLER            TX      75702      **Notice only**

Date or dates debt was incurred      _____      **Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __      ☑ No
☐ Yes

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |
|---|---|---|---|

**ALCIDES GOODING**

**1205 (B) EAST DOWNS AVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TEMPLE**    **TX**    **76501**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |
|---|---|---|---|

**ALEISHA WASHINGTON**

**635 HARRIS ST #8**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILGORE**    **TX**    **75662**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |
|---|---|---|---|

**ALEKSIS JAIMES**

**115 LEMANS DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LUFKIN**    **TX**    **75901**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,320.70 |
|---|---|---|---|

**ALEXANDER ELECTRIC INC**

**1602 E. DENMAN AVE.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LUFKIN**    **TX**    **75091**    **Goods and/or services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Debtor   **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

ALEXANDRA ALCOSER

169C HCR 1318

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

HILLSBORO          TX      76645          **Notice only**

Date or dates debt was incurred  _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                      ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

ALEXANDRA ESCOBEDO

236 FORT GRAHAM ROAD

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

WACO              TX      76705          **Notice only**

Date or dates debt was incurred  _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                      ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

ALEXIS RIDDLE

2912 TAFT ST

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

KILLEEN           TX      76543          **Notice only**

Date or dates debt was incurred  _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                      ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

ALFRED COLLIER

303 SOUTH 24TH ST

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TEMPLE BELL        TX      76501          **Notice only**

Date or dates debt was incurred  _____     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                      ☐ Yes

Debtor **J & D Restaurant Group, LLC**   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   Amount of claim

---

**3.21**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*

**ALICCA MIXON**

**1811 EAST AVE K. #411**   ☐ Contingent
☐ Unliquidated
☐ Disputed

             **Basis for the claim:**

**TEMPLE**    **TX**   **76501**   **Notice only**

Date or dates debt was incurred       **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __ ☑ No
☐ Yes

---

**3.22**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*

**ALICIA BONNER**

**1019 WESTOVER DR**   ☐ Contingent
☐ Unliquidated
☐ Disputed

             **Basis for the claim:**

**KILLEEN**    **TX**   **76541**   **Notice only**

Date or dates debt was incurred       **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __ ☑ No
☐ Yes

---

**3.23**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*

**ALICIA BRISTER**

**1602 GREENWOOD AVE**   ☐ Contingent
☐ Unliquidated
☐ Disputed

             **Basis for the claim:**

**KILLEEN**    **TX**   **76541**   **Notice only**

Date or dates debt was incurred       **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __ ☑ No
☐ Yes

---

**3.24**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:   **$0.00**
*Check all that apply.*

**ALICIA CRAINE**

**902 N 15TH ST**   ☐ Contingent
☐ Unliquidated
☐ Disputed

             **Basis for the claim:**

**TEMPLE**    **TX**   **76501**   **Notice only**

Date or dates debt was incurred       **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __ ☑ No
☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,154.46 |
|---|---|---|---|

**ALLIED INSURANCE**

**PO BOX 514540**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**LOS ANGELES**    **CA**    **90051-4540**

Basis for the claim:
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**ALMA HERNANDEZ**

**1228 KINGS HWY**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**WACO**    **TX**    **76704**

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**ALMA HOLGUIN**

**5500 HWY 103**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**LUFKIN**    **TX**    **75901**

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.95 |
|---|---|---|---|

**ALMCOE REFRIGERATION COMPANY**

**4050 CRESTHILL RD**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**    **TX**    **75227**

Basis for the claim:
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

        **Amount of claim**

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALVIN VAUGHN**

**245 JOHN KOLB RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LUFKIN**      **TX**    **75901**     **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AMANDA BALA**

**115 S JACK KULTGEN EXPRESSWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**      **TX**    **76706**     **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AMANDA KARBACH**

**3401 CHERRY RD.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**      **TX**    **76543**     **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AMANDA SMITH**

**2122 LAZY RIDGE RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**      **TX**    **76543**     **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

Debtor  **J & D Restaurant Group, LLC**                                     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**AMBER BOYCE**

**2506 PVT RD 2020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**CENTERVILLE**       **TX**    **75833**

Basis for the claim:
**Notice only**

Date or dates debt was incurred       _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __


| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**AMBER HESSELING**

**1015 PARK DR**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**HILLSBORO**       **TX**    **76660**

Basis for the claim:
**Notice only**

Date or dates debt was incurred       _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __


| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**AMINA KHAN**

**15112 MEREDITH LN.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**COLLEGE STATION**       **TX**    **77845**

Basis for the claim:
**Notice only**

Date or dates debt was incurred       _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __


| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**AMPARITO BOLES**

**603 E 29TH ST APT # 19**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**BRYAN**       **TX**    **77803**

Basis for the claim:
**Notice only**

Date or dates debt was incurred       _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                $0.00
*Check all that apply.*

**ANA MONTESINO**

**11896 FM 14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**TYLER**                    **TX**      **75706**         **Notice only**

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __         ☒ No
                                                              ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                $0.00
*Check all that apply.*

**ANA RODRIGUEZ**

**1024 BURKHALTER HOLLOW RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**DIBOLL**                    **TX**      **75941**         **Notice only**

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __         ☒ No
                                                              ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                $0.00
*Check all that apply.*

**ANA SALAIZ**

**1070 FM 1818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**DIBOLL**                    **TX**      **75941**         **Notice only**

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __         ☒ No
                                                              ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                $0.00
*Check all that apply.*

**ANDERSON VALDEZ**

**409 BOB ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**LUFKIN**                    **TX**      **75904**         **Notice only**

Date or dates debt was incurred        _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __         ☒ No
                                                              ☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41**   Nonpriority creditor's name and mailing address

**ANDRE KAY**

**1302 S. FRANCIS ST.**

_____

**TYLER**     **TX**    **75701**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.42**   Nonpriority creditor's name and mailing address

**Andrea Lloyd**

**501 W. Central Texas Expy #2503**

_____

**Killeen**     **TX**    **76541**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.43**   Nonpriority creditor's name and mailing address

**ANDRESHA GIDEN**

**4213 WREN ROAD**

_____

**TEMPLE**     **TX**    **76502**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.44**   Nonpriority creditor's name and mailing address

**ANGELA GRIGGS MOORE**

**3520 TRICE AVE**

_____

**WACO**     **TX**    **76707**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor    **J & D Restaurant Group, LLC**                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**ANGELA RODNESS**

**1315 N GRAY ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN            TX      76541**            **Notice only**

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**ANGELIQUE OAKES**

**1310 SOUTH MAIN #204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TEMPLE            TX      76504**            **Notice only**

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**ANNABEL APILADO**

**304 N TENA ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**JACKSONVILLE            TX      75766**            **Notice only**

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**ANNIE HARRIS**

**1304 PASEO DEL COBRE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TEMPLE            TX      76502**            **Notice only**

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

ANNIE RIGSBY

401 E.ELM ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

HILLSBORO TX 76645 **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

ANTHONY HAEFNER

51506 TAOS ST APT # 1

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FORT HOOD TX 76544 **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

ANTHONY JIMENEZ

1700 BACON RANCH RD. #1104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN TX 76544 **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

ANTHONY KENDRICKS

3223 BOSQUE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO TX 76707 **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

**ANTHONY MITCHELL**

**1703 SELEY**

_____

**WACO**      **TX**    **76704**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

**ANTHONY PELLETIER**

**101 E. ELMS RD. LOT 153**

_____

**KILLEEN**      **TX**    **76542**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

**ANTHONY TORREZ**

**52 BUCK LANE**

_____

**BELTON**      **TX**    **76513**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

**APRIL THURMAN**

**1006 DANSBY ST**

_____

**BRYAN**      **TX**    **77803**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.57** Nonpriority creditor's name and mailing address

**AQUALA DEGRATE**

**903 NTH 4TH ST**

**WACO**    **TX**    **76707**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.58** Nonpriority creditor's name and mailing address

**ARACELY GUEVERA**

**10682 FM 14**

**TYLER**    **TX**    **75706**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.59** Nonpriority creditor's name and mailing address

**ARIANNA RICHARDSON**

**1308 HERITAGE SQ DR APT 30**

**JACKSONVILLE**    **TX**    **75766**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.60** Nonpriority creditor's name and mailing address

**ARIEL HURT**

**4103 FM 757**

**WINONA**    **TX**    **75792**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.           Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**ARIEL REED**

**307 PARK STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LONGVIEW**        **TX**    **75601**        **Notice only**

Date or dates debt was incurred          _____        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
                                                    ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**ARNETTA WESLEY**

**1815 OLD BRANDON RD APT # 221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HILLSBORO**        **TX**    **76645**        **Notice only**

Date or dates debt was incurred          _____        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
                                                    ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**ASALEE JAMES**

**2844 CR 4935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KEMPNER**        **TX**    **76539**        **Notice only**

Date or dates debt was incurred          _____        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
                                                    ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**ASHLEY BURROUGH**

**2299 SHIFLET LN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BEDIAS**        **TX**    **77831**        **Notice only**

Date or dates debt was incurred          _____        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
                                                    ☐ Yes

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.65**    Nonpriority creditor's name and mailing address

ASHLEY LEONETTI

305 S AMY LN TRL 117

_____

HARKER HEIGHTS     TX    76548

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.66**    Nonpriority creditor's name and mailing address

ASHLEY MCDANIEL

15250 FM 2484

_____

SALADO     TX    76571

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.67**    Nonpriority creditor's name and mailing address

AT&T

PO BOX 105414

_____

ATLANTA     GA    30348-5414

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and/or services

Is the claim subject to offset?
☑ No
☐ Yes

**$247.68**

---

**3.68**    Nonpriority creditor's name and mailing address

AT&T - 5014

P O BOX 5014

_____

CAROL STREAM     IL    60197-5014

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods and/or services

Is the claim subject to offset?
☑ No
☐ Yes

**$867.99**

---

Debtor    **J & D Restaurant Group, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.69**    Nonpriority creditor's name and mailing address

**ATMOS ENERGY**

**PO BOX 790311**

**ST LOUIS**      **MO**    **63179-0311**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,160.22**

---

**3.70**    Nonpriority creditor's name and mailing address

**AURORA CASEY**

**703 SKYLINE DR.**

**COPPERAS COVE**      **TX**    **76522**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.71**    Nonpriority creditor's name and mailing address

**AUSTIN DAVIS**

**1104 EAST MAIN ST**

**MADISONVILLE**      **TX**    **77864**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.72**    Nonpriority creditor's name and mailing address

**AZYDREA MOORE**

**3209 SHADY HILL DR**

**TEMPLE**      **TX**    **76502**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,277.35 |
|---|---|---|---|

**BAKER DISTRIBUTING #235**

**13225 KALLAN AVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**TYLER**      **TX**    **75703**     **Goods and/or services**

Date or dates debt was incurred _____    Is the claim subject to offset?

☑ No
Last 4 digits of account number __ __ __ __    ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,450.31 |
|---|---|---|---|

**BANKDIRECT CAPITAL FINANCE**

**150 North Field Drive Suite 190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Lake Forest**      **IL**    **60045**     **Goods and/or services**

Date or dates debt was incurred _____    Is the claim subject to offset?

☑ No
Last 4 digits of account number **9 9 6 3**    ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BARBARA HOWARD**

**1406 S 15TH ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**TEMPLE**      **TX**    **76504**     **Notice only**

Date or dates debt was incurred _____    Is the claim subject to offset?

☑ No
Last 4 digits of account number __ __ __ __    ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BARBARA YOUNG**

**8712 OAKBEND CV**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**TEMPLE**      **TX**    **76502**     **Notice only**

Date or dates debt was incurred _____    Is the claim subject to offset?

☑ No
Last 4 digits of account number __ __ __ __    ☐ Yes

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,512.86 |

**BARCO UNIFORMS INC**

**350 W ROSECRANS AVE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**GARDENA          CA     90248**     **Goods and/or services**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**BEATRICE DOMINGUEZ**

**1215 SMITH DR**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**KILLEEN          TX     76541**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**BENITO LAWSON**

**2602 S 39TH ST**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TEMPLE          TX     76504**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**BENUVARD SPILLER**

**1734 CRENNAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**HEARNE          TX     77859**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

Bernard J. Morrissey

PO Box 236

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| Roanoke | TX | 76262 | **Deferred Income** |
|---|---|---|---|

Date or dates debt was incurred       **2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number       __ __ __ __

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

BLANCA LOPEZ

1501 HOLLEMAN APT # 194

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| COLLEGE STATION | TX | 77840 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number       __ __ __ __

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

BRANDEN ETHERTON

1501 DAKOTA TRCE APT # B

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| HARKER HEIGHTS | TX | 76548 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number       __ __ __ __

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

BRANDON EALOMS

708 WALNUT STREET

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| BRYAN | TX | 77803 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number       __ __ __ __

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.85**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**BRANDON GALINDO**

**309 BOX FACTORY RD**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**DIBOLL**     **TX**     **75941**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.86**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**BRANDON SMITH**

**6418 HADEN DR.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**WACO**     **TX**     **76710**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.87**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**BRANDY CORIN**

**2013 BERETTA DR**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**KILLLEEN**     **TX**     **76543**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.88**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**BREANN JONES**

**1010 BORDER STREET**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**JACKSONVILLE**     **TX**     **75766**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor    **J & D Restaurant Group, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.89**   Nonpriority creditor's name and mailing address

BREANNA BLOUNT

5321 LANCE LOOP

_____

KILLEEN      TX    76549

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.90**   Nonpriority creditor's name and mailing address

BRENDA BURGHARD

1006 N. 7TH ST.

_____

TEMPLE      TX    76501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.91**   Nonpriority creditor's name and mailing address

BRENT REED

707 WISCONSIN ST

_____

KILLEEN      TX    76541

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.92**   Nonpriority creditor's name and mailing address

BRIANNA BARNES

2403 TORO LN APT # C

_____

BRYAN      TX    77803

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Debtor   **J & D Restaurant Group, LLC**                          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**BRITTANY STAHL**

**1240 CR 1461**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CENTERVILLE**          **TX**    **75833**

Basis for the claim:
**Notice only**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**BRITTNEY DUKE**

**1009 EAST AVE A**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**TEMPLE**          **TX**    **76504**

Basis for the claim:
**Notice only**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**BRODRICK SANDERS**

**433 S. SPRING**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**TYLER**          **TX**    **75702**

Basis for the claim:
**Notice only**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**BRYAN CLAYTON**

**4602 CALLE ROBLE**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**TEMPLE**          **TX**    **76502**

Basis for the claim:
**Notice only**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **J & D Restaurant Group, LLC**     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,552.21 |

*Check all that apply.*

**BRYAN TEXAS UTILITIES**

**PO BOX 8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

**BRYAN**     **TX**     **77805-8000**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**BYRON DANIELS**

**1403 CLEAVER ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**NACOGDOCHES**     **TX**     **75961**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**BYRON HUMPHREY**

**171 CHURCH RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**KILGORE**     **TX**     **75662**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**CALVIN KENNARD**

**1208 ANNA LEE DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**KILLEEN**     **TX**     **76549**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **J & D Restaurant Group, LLC**                          Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CALVIN LYNCH

2416 N. BORDER

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

TYLER            TX      75702          **Notice only**

Date or dates debt was incurred      _____

Last 4 digits of account number   __ __ — __ __ — __ __ — __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CAMERON RULAND

406 LITTLE AVENUE

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

MCGREGOR         TX      76657          **Notice only**

Date or dates debt was incurred      _____

Last 4 digits of account number   __ __ — __ __ — __ __ — __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CAMILLE KOERNER

200 MULLER GARDEN RD APT 612

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

TYLER            TX      75703          **Notice only**

Date or dates debt was incurred      _____

Last 4 digits of account number   __ __ — __ __ — __ __ — __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CANDACE MCCANTS

209 ROSE ST

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

WACO             TX      76704          **Notice only**

Date or dates debt was incurred      _____

Last 4 digits of account number   __ __ — __ __ — __ __ — __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor    **J & D Restaurant Group, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.105**   Nonpriority creditor's name and mailing address

**CARISSA BARQEWITZ**

**910 S 35TH ST APT # 7**

_____

**TEMPLE**      **TX**    **76504**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.106**   Nonpriority creditor's name and mailing address

**CARMONDRE DAVIS**

**1508 E AVE B**

_____

**TEMPLE**      **TX**    **76501**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.107**   Nonpriority creditor's name and mailing address

**CAROLINA OBREGON**

**920 DUVAL COURT**

_____

**TEMPLE**      **TX**    **76501**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.108**   Nonpriority creditor's name and mailing address

**CAROLINA UVALLE**

**206 WASHINGTON ST**

_____

**KILLEEN**      **TX**    **76541**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | J & D Restaurant Group, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CASEY OKEEFFE

19612 FONDA ST. E

☐ Contingent
☐ Unliquidated
☐ Disputed

WHITEHOUSE          TX     75791

**Basis for the claim:**

**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CASHAE DIKERSON

1002 MISSOURI AVE

☐ Contingent
☐ Unliquidated
☐ Disputed

KILLEEN          TX     76541

**Basis for the claim:**

**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CASSANDRA BROWN

3013 COLE AVENUE

☐ Contingent
☐ Unliquidated
☐ Disputed

WACO          TX     76707

**Basis for the claim:**

**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CASSANRA DEGRATE

1722 B DALLAS CIRCLE

☐ Contingent
☐ Unliquidated
☐ Disputed

WACO          TX     76704

**Basis for the claim:**

**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor     **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CATHERINE LOVE

415 OWEN LANE

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

WACO      TX    76710     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
- ☑ No
- ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CATRICE MAXIE

3606 D ANGES STREET

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

DALLAS      TX    75210     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
- ☑ No
- ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CECELIA CONTRERAS

6418 CR 4203

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

TYLER      TX    75706     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
- ☑ No
- ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CELIA FLORES

112 BUTLER ST

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

LUFKIN      TX    75904     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
- ☑ No
- ☐ Yes

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.117** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

CELIA LOZANO

1111 GROESBECK ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BRYAN    TX    77803    **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☒ No  ☐ Yes

| | | |
|---|---|---|
| **3.118** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$644.94** |

CENTERPOINT ENERGY

PO BOX 4981

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

HOUSTON    TX    77210-4981    **Goods and/or services**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☒ No  ☐ Yes

| | | |
|---|---|---|
| **3.119** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

CENTRAL TEXAS REFRIGERATION

ATTN: MICHAEL LONDON

9875 BOTTOMS ROAD

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TROY    TX    76759    **Goods and/or Services**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☒ No  ☐ Yes

| | | |
|---|---|---|
| **3.120** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113.74** |

CENTURY LINK

PO BOX 2961

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PHOENIX    AZ    85062-2961    **Goods and/or services**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☒ No  ☐ Yes

Debtor    **J & D Restaurant Group, LLC**        Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.121** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    **$0.00** |

CHACHASITY DAVIS

1602 CARDINAL STREET APT # 733 A

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| NACOGDOCHES | TX | 75961 |

Basis for the claim: **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.122** Nonpriority creditor's name and mailing address

CHANDREA TAYLOR

901 E YOUNG AVE APT # 105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

| TEMPLE | TX | 76501 |

Basis for the claim: **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.123** Nonpriority creditor's name and mailing address

CHANTEL MALOTT

3509 DAUGHTREY AVE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

| WACO | TX | 76711 |

Basis for the claim: **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.124** Nonpriority creditor's name and mailing address

Chapman's Full Service Maintenance

P.O.BOX 10639

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

| KILLEEN | TX | 76547-0639 |

Basis for the claim: **Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.125 | Nonpriority creditor's name and mailing address |
|---|---|

CHAQUINTA MAXIE

802 MARTHA STREET

_____

LUFKIN          TX     75901

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.126 | Nonpriority creditor's name and mailing address |
|---|---|

CHARDAY THOMAS

303 NALON RIDGE DR

_____

NOLANVILLE          TX     76559

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.127 | Nonpriority creditor's name and mailing address |
|---|---|

CHARITY DAVIS

1107 AVE H

_____

BAY CITY          TX     77414

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.128 | Nonpriority creditor's name and mailing address |
|---|---|

CHARLES COLEMAN

127 SUNNYDALE APT # 306

_____

JACKSONVILLE          TX     75766

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC**       Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.129 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

**CHARLOTTE REDWINE**

**10914 CR 383**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER**     **TX**     **75708**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.130 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

**CHASE PONSON**

**398 ALDRIDGE CIRCLE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**POLLOK**     **TX**     **75969**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.131 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

**CHRIS MILLER**

**110 SHELBIE LN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**POLLOK**     **TX**     **75969**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.132 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

**CHRISTINE WHEELER**

**4123 S PARK DR #146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER**     **TX**     **75703**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CHRISTOPHER CRENSHAW

601 WASHINGTON AVE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

COPPERAS COVE          TX          76522

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CHRISTOPHER GAINES

2620 DUTTON AVE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

WACO          TX          76711

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CHRISTOPHER STUBBLEFIELD

1211 FROST AVE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

WACO          TX          76708

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CHRISTOPHER TULLOS

196 TULLOS RD

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

CORRIGAN          TX          75939

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor __J & D Restaurant Group, LLC__      Case number (if known) _____

---

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | |
|---|---|
| **3.137**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* |
| | $0.00 |

**3.137**   Nonpriority creditor's name and mailing address

__CHRISTOPHER WEAVER__

__901 E YOUNG AVE. TRL#105__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim**     $0.00

**Basis for the claim:**

__TEMPLE__    __TX__    __76501__     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.138**   Nonpriority creditor's name and mailing address

__CHRISTOPHER WHITE__

__3617 N 26TH ST__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim**     $0.00

**Basis for the claim:**

__WACO__    __TX__    __76708__     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.139**   Nonpriority creditor's name and mailing address

__CIARA COLLINS__

__134 LUTHER ST APT 182__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim**     $0.00

**Basis for the claim:**

__COLLEGE STATION__    __TX__    __77840__     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.140**   Nonpriority creditor's name and mailing address

__CIERRA WASHINGTON__

__2114 SOUTH 5TH ST APT # 35__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Amount of claim**     $0.00

**Basis for the claim:**

__TEMPLE__    __TX__    __76504__     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor  **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CITY OF BELLMEAD - Water**

**3015 BELLMEAD DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**BELLMEAD**        **TX**      **76705**

**Basis for the claim:**
**Utilities**

Date or dates debt was incurred _____

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$239.43** |

**CITY OF BELTON - UTILITY**

**UTILITY BILLING DEPT**

**PO BOX 120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**BELTON**        **TX**      **76513-0120**

**Basis for the claim:**
**Utilities**

Date or dates debt was incurred _____

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,346.92** |

**CITY OF CENTERVILLE**

**PO BOX 279**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CENTERVILLE**        **TX**      **75833-0279**

**Basis for the claim:**
**Utilities**

Date or dates debt was incurred _____

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CITY OF COPPERAS COVE**

**PO BOX 249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**COPPERAS COVE**        **TX**      **76522-0249**

**Basis for the claim:**
**Utilities**

Date or dates debt was incurred _____

Last 4 digits of account number  \_\_ \_\_ \_\_ \_\_

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  **Amount of claim**

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

CITY OF DIBOLL

PO BOX 340

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| DIBOLL | TX | 75941 |
|---|---|---|

**Basis for the claim:**
Utilities

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.68 |
|---|---|---|---|

CITY OF HARKER HEIGHTS

305 MILLERS CROSSING

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| HARKER HEIGHTS | TX | 76548-5666 |
|---|---|---|

**Basis for the claim:**
Utilities

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $876.73 |
|---|---|---|---|

CITY OF HILLSBORO

PO BOX 568

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| HILLSBORO | TX | 76645-0568 |
|---|---|---|

**Basis for the claim:**
Utilities

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.31 |
|---|---|---|---|

CITY OF JACKSONVILLE

PO BOX 1390

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| JACKSONVILLE | TX | 75766 |
|---|---|---|

**Basis for the claim:**
Utilities

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor **J & D Restaurant Group, LLC**                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $535.35 |

*Check all that apply.*

CITY OF KILGORE

815 N KILGORE ST
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

KILGORE          TX          75662-5860

**Basis for the claim:** Utilities

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,399.40 |

*Check all that apply.*

CITY OF KILLEEN

UTILITY COLLECTIONS

PO BOX 549
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

KILLEEN          TX          76540-0549

**Basis for the claim:** Utilities

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,825.16 |

*Check all that apply.*

CITY OF LUFKIN - Utility

PO BOX 190
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

LUFKIN          TX          75902

**Basis for the claim:** Utilities

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.22 |

*Check all that apply.*

CITY OF MADISONVILLE

210 W COTTONWOOD
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

MADISONVILLE          TX          77864

**Basis for the claim:** Utilities

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.153** Nonpriority creditor's name and mailing address

CITY OF NACOGDOCHES

WATER DEPARTMENT

PO BOX 635090

NACOGDOCHES          TX          75963-5090

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Utilities

Is the claim subject to offset?
☒ No
☐ Yes

**$688.51**

**3.154** Nonpriority creditor's name and mailing address

CITY OF NACOGDOCHES-HEALTH

P O BOX 635030

NACOGDOCHES          TX          75963-5030

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Health Permit & Business Operations Permits

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.155** Nonpriority creditor's name and mailing address

CITY OF NACOGDOCHES-PERMITS

P O BOX 635030

NACOGDOCHES          TX          75963-5030

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Health Permit & Business Operations Permits

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.156** Nonpriority creditor's name and mailing address

CITY OF TEMPLE

PO BOX 878

TEMPLE          TX          76503-0878

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Utilities

Is the claim subject to offset?
☒ No
☐ Yes

**$62.37**

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,417.20 |

**CITY OF TYLER - WATER**

**TYLER WATER UTILITIES**

**PO BOX 336**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**TYLER**          **TX**     **75710-0336**

Basis for the claim:
**Utilities**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.02 |

**CITY OF WACO WATER**

**PO BOX 2649**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**WACO**          **TX**     **76702-2649**

Basis for the claim:
**Utilities**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**CITY OF WOODWAY**

**922 ESTATES DR**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**WOODWAY**          **TX**     **76712**

Basis for the claim:
**Utilities**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**CLORICE FAHIE**

**4307 TELLURIDE DR.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**KILLEEN**          **TX**     **76542**

Basis for the claim:
**Notice only**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,857.13 |
|---|---|---|---|

Check all that apply.

**COCA-COLA NORTH AMERICA**

**PO BOX 102703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**ATLANTA**    **GA**    **30368**    **Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**COLBY OLIVER**

**1617 FM 1194**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**LUFKIN**    **TX**    **75904**    **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,775.97 |
|---|---|---|---|

Check all that apply.

**COLLEGE STATION UTILITIES**

**PO BOX 10230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**COLLEGE STATION**    **TX**    **77842-0230**    **Utilities**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**COLTIN GILGREASE**

**271 HER 2424**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**HILLSBORO**    **TX**    **76645**    **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

Debtor  **J & D Restaurant Group, LLC**                    Case number (if known) _____

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.25 |

COMMERCIAL ELECTRONICS INC

3421 HOLLENBERG DR

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
BRIDGETON          MO     63044          **Goods and/or services**

Date or dates debt was incurred _____    Is the claim subject to offset?
                                                 ☑ No
Last 4 digits of account number __ __ __ __      ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,346.83 |

Commercial Kitchen Parts&Service

P O BOX 831128

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SAN ANTONIO          TX     78283          **Goods and/or services**

Date or dates debt was incurred _____    Is the claim subject to offset?
                                                 ☑ No
Last 4 digits of account number __ __ __ __      ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

CONOR CROUNSE

2888 NASH ST APT 221 D

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
BRYAN          TX     77802          **Notice only**

Date or dates debt was incurred _____    Is the claim subject to offset?
                                                 ☑ No
Last 4 digits of account number __ __ __ __      ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.80 |

CONSOLIDATED COMMUNICATIONS

PO BOX 66523

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
ST LOUIS          MO     63166-6523          **Goods and/or services**

Date or dates debt was incurred _____    Is the claim subject to offset?
                                                 ☑ No
Last 4 digits of account number __ __ __ __      ☐ Yes

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

COURTNEY HART

1113 CHESTNUT ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO     TX    76704    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

CRAIG WHITE

501 COLONIAL LN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN     TX    76543    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

CRICEL VILLANUEVA

802 RICKS RD

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN     TX    75901    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

CRISTAL FALCON

706 SHADY LN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

COPPERAS COVE     TX    76522    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.173 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

CRISTON WALLS

2525 E. LAKESHORE DR. #1508

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO                    TX        76705        **Notice only**

Date or dates debt was incurred        _____        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

CRISTY JENNINGS

724 ROLLINS AVE APT# 724

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BRYAN                    TX        77803        **Notice only**

Date or dates debt was incurred        _____        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

CRYSTAL DARDEN

1900 BACON RANCH RD APT # 605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN                    TX        76542        **Notice only**

Date or dates debt was incurred        _____        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

CRYSTAL RAY

613 CARVER

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO                    TX        76704        **Notice only**

Date or dates debt was incurred        _____        **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __        ☑ No
☐ Yes

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CURTIS FRANKLIN**

**2269 CHRISTOPHER DRIVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **CHANDLER** | **TX** | **75758** | **Notice only** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CURTIS STONE**

**3401 N. 21ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **WACO** | **TX** | **76708** | **Notice only** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CURTIS TOWNSEND**

**2601 WESLEY DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **KILLEEN** | **TX** | **76549** | **Notice only** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**CYNTHIA RANGEL**

**1518 ASH ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **GRAND PRAIRIE** | **TX** | **75050** | **Notice only** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.         Amount of claim

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**DAMEON CARROLL**

**4809 W WACO DR APT # 212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**            **TX**      **76710**          **Notice only**

Date or dates debt was incurred      _____          **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __          ☑ No
                                                        ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**DAMIAN SESSIONS**

**913 N RITCHIE ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**NACOGDOCHES**      **TX**      **75961**          **Notice only**

Date or dates debt was incurred      _____          **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __          ☑ No
                                                        ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**DAMIAN VELEZ**

**1720 STEWART ST.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**          **TX**      **76541**          **Notice only**

Date or dates debt was incurred      _____          **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __          ☑ No
                                                        ☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**DAMION JONES**

**2409 LAVENDER LN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**          **TX**      **76549**          **Notice only**

Date or dates debt was incurred      _____          **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __          ☑ No
                                                        ☐ Yes

Debtor **J & D Restaurant Group, LLC**        Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

DAMON RIVERA

4511 PETE DR

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

KILLEEN     TX    76549     **Notice only**

Date or dates debt was incurred     _____    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

DANIELLE HERNANDEZ

616 BEXAR STREET

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

SAN ANTONIO     TX    78228     **Notice only**

Date or dates debt was incurred     _____    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.36 |
|---|---|---|---|

DARLING INTERNATIONAL INC.

251 O'Connor Ridge Blvd, Ste 300

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

IRVING     TX    75038     **Goods and/or services**

Date or dates debt was incurred     _____    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

DARRIUS BUTLER

3411 ROBIN HOOD DR

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

KILLEEN     TX    76549     **Notice only**

Date or dates debt was incurred     _____    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No    ☐ Yes

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

DAVID ADAMS

602 PARK LN

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

KILLEEN          TX      76541

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

DAVID AMOS

207 W Anderson Ave Apt #A

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

COPPERAS COVE      TX      76522

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

DAVID FAIR JR

809 ROOT#1

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

KILLEEN          TX      76541

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

DAVID GOFF

4100 LAKE ROAD APT 101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

KILLEEN          TX      76543

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor __J & D Restaurant Group, LLC__ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. 

Amount of claim

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

DAVONTE MANUEL

4102 WEST ADAMS AVE APT# 106

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

TEMPLE                    TX      76501        Notice only

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __       ☑ No
                                                   ☐ Yes

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

DAVOR DIZDAREVIC

939 CRESTED POINT DR

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

COLLEGE STATION           TX      77845        Notice only

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __       ☑ No
                                                   ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

DAWANN MCINTYRE

2001 E AVE K

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

TEMPLE                    TX      76501        Notice only

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __       ☑ No
                                                   ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

DAYSI BARAHONA AGUILAR

1212 ROYAL CREST DR

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

KILLEEN                   TX      76549        Notice only

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __       ☑ No
                                                   ☐ Yes

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**DEBRA YOUNG**

**PO BOX 462**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**CENTERVILLE**    **TX**    **75833**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**DECARIUJHN JIMMERSON**

**815 GREELY AVE**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**JACKSONVILLE**    **TX**    **75766**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**DEHAVION MCFARLAND**

**133 OLD LINE RD APT # 25**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**NACOGDOCHES**    **TX**    **75961**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**DEJA MIMS**

**2120 MANNING WAY**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BRYAN**    **TX**    **77803**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor    **J & D Restaurant Group, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,340.15 |
|---|---|---|---|

**Deluxe Business Checks and Solutions**

**PO BOX 742572**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CINCINNATI**          **OH**     **45274-2572**

Basis for the claim:
**Goods and/or services**

Date or dates debt was incurred   _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                         ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**DEMARCUS SCOTT**

**1701 PINE AVE**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**WACO**          **TX**     **76708**

Basis for the claim:
**Notice only**

Date or dates debt was incurred   _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                         ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**DEMIKETRA STROUD**

**1106 CHESTNUT**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**WACO**          **TX**     **76704**

Basis for the claim:
**Notice only**

Date or dates debt was incurred   _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                         ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**DERAYVIAN TAYLOR**

**2115 N. WINONA**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**TYLER**          **TX**     **75702**

Basis for the claim:
**Notice only**

Date or dates debt was incurred   _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                         ☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.205**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

**DESTINEY JONES**

**3600 SCROGGINS APT 2E**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**BELLMEAD**    **TX**    **76705**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
                                                  ☐ Yes

---

**3.206**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

**DESTINY BROWN**

**612 CRIM AVE**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**KILGORE**    **TX**    **75662**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
                                                  ☐ Yes

---

**3.207**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

**DESTINY PAGE**

**116 MACKECHNEY ST.2**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**NACOGDOCHES**    **TX**    **75961**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
                                                  ☐ Yes

---

**3.208**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

**DEVANTE JONES**

**4303 FROG DRIVE**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**KILLEEN**    **TX**    **76542**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
                                                  ☐ Yes

---

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**DEVARIOUS JONES**

**2210 WICKUP TRAIL**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**HARKER HEIGHTS**    TX    76548

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**DEVIN ASHWORTH**

**913 KERN ROAD**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**KILLEEN**    TX    76541

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**DIANA CONERWAY**

**5283 FM 2039**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**CALDWELL**    TX    77836

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**DIANA CORRALES**

**331 ADA ST**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**SAN ANTONIO**    TX    78223

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

Debtor   **J & D Restaurant Group, LLC**       Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                        Amount of claim

---

**3.213**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:         **$0.00**

Check all that apply.

**DIEGO LEWIS**

**801 GREELY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**JACKSONVILLE**      **TX**    **75766**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

**3.214**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:         **$24.49**

Check all that apply.

**DIRECTV**

**P O BOX 60036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LOS ANGELES**      **CA**    **90060-0036**     **Goods and/or services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

**3.215**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:         **$0.00**

Check all that apply.

**DOMINIC CUMMINGS**

**1606 S ANN BLVD #1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HARKER HEIGHTS**      **TX**    **76548**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

**3.216**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:         **$0.00**

Check all that apply.

**DONALD TURNER**

**2221 BREEZY DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**      **TX**    **76712**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Debtor __J & D Restaurant Group, LLC__      Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | Amount of claim |
|---|---|

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

DONEISHA GREEN
309 ROOT AVE APT # 5

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN    TX    76541    **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

DONNA TRIPLETT
1007 WEST AVE D

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

COPPERAS COVE    TX    76522    **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

DONNA WASHINGTON
420 N.WALL ST APT#2A

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BELTON    TX    76513    **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

DONNIE ANTUNEZ
811 WEBSTER ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO    TX    76706    **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.221** Nonpriority creditor's name and mailing address

DONYEKIA HAWKINS

1112 SUNGLADE ST

GILMER        TX        75644

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.222** Nonpriority creditor's name and mailing address

DOUGLAS LANGFORD

7652 PRIVATE ROAD 1464

CENTERVILLE        TX        75833

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.223** Nonpriority creditor's name and mailing address

DURELL CAMPBELL

5829 BLACKWELL ST APT # 129

DALLAS        TX        75231

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.224** Nonpriority creditor's name and mailing address

DWAYNE SMITH

3333 STEVE AVE

KILLEEN        TX        76543

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**DWIGHT PLYLER**

**6192 FM 1669**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**HUNTINGTON          TX     75949**          **Notice only**

Date or dates debt was incurred     _____     Is the claim subject to offset?
                                                         ☒ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**DWIGHT WHITELEY**

**13154 DECK DR**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**TEMPLE          TX     76502**          **Notice only**

Date or dates debt was incurred     _____     Is the claim subject to offset?
                                                         ☒ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**DYLAN LISTON**

**2525 SHILOH RD APT#  264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**TYLER          TX     75703**          **Notice only**

Date or dates debt was incurred     _____     Is the claim subject to offset?
                                                         ☒ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,692.26 |

**Ecolab Pest Elimination Division**

**26252 NETWORK PL**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**CHICAGO          IL     60673-1262**          **Goods and/or services**

Date or dates debt was incurred     _____     Is the claim subject to offset?
                                                         ☒ No
Last 4 digits of account number     __ __ __ __          ☐ Yes

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

         Amount of claim

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ED JOHNSON**

**203 I-35 NW THUNDERBIRD MOTEL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HILLSBORO**    **TX**    **76645**    **Notice only**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDDIE HARRISON**

**344 RICHLAND ST APT # 354D**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**    **TX**    **76710**    **Notice only**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDEN YOUNG**

**1306 SOUTH 35TH STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TEMPLE**    **TX**    **76504**    **Notice only**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDUARDO TAMAYO**

**1720 STEWART ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**    **TX**    **76541**    **Notice only**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

---

Debtor **J & D Restaurant Group, LLC**     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**EDWARD TUCKER**

**410 WEST PARK ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**MADISONVILLE**    **TX**    **77864**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**ELENA MORENO**

**512 N. CASEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**MADISONVILLE**    **TX**    **77864**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**ELIAS BALBOA**

**3016 PARROTT AVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**WACO**    **TX**    **76707**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**ELIZABETH PERRY**

**PO BOX 107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**JEWETT**    **TX**    **75846**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.237** Nonpriority creditor's name and mailing address

ELLA HARKLESS

118 WILLOW BROOK DR

HENDERSON          TX     75652

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.238** Nonpriority creditor's name and mailing address

ELODIA CASTILLO

950 CR 4201

JACKSONVILLE          TX     75766

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.239** Nonpriority creditor's name and mailing address

ELRY STANFER

3122 TRICE AVE

WACO          TX     76707

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.240** Nonpriority creditor's name and mailing address

ELUVIA GONZALEZ

760 COUNTRY ROAD 1548

CENTER          TX     75935

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor   **J & D Restaurant Group, LLC**     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.241** Nonpriority creditor's name and mailing address

**EMILIO MEZA**

**306 RIDGECREST**

_____

**JACKSONVILLE** **TX** **75766**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.242** Nonpriority creditor's name and mailing address

**EMILY DUNCAN**

**3729 SHERWOOD LN**

_____

**TEMPLE** **TX** **76502**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.243** Nonpriority creditor's name and mailing address

**EMILY GONZALES**

**523 E UNION AVE**

_____

**UVALDE** **TX** **78801**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.244** Nonpriority creditor's name and mailing address

**EMMA VILLA**

**1112  CACTI LN**

_____

**BELTON** **TX** **76513**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**ENDIA LAWRENCE**

**1408 HAMMOND DR**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**KILLEEN**     **TX**     **76543**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**ENMANUEL CORNELIO**

**504 E NUTBUSH**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**TYLER**     **TX**     **75708**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**ENRIQUE PRADO**

**410 CENTERLINE RD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**WOODWAY**     **TX**     **76712**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,429.47 |
|---|---|---|---|

**ENTERGY**

**PO BOX 8104**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**BATON ROUGE**     **LA**     **70891-8104**     **Goods and/or services**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

Debtor __J & D Restaurant Group, LLC_____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

$0.00

ERENIA GUERRERO

2232 CR 326 WEST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TYLER TX 75706    Notice only

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

$0.00

ERICA MAPPS

2309 LILLY ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LONGVIEW TX 75602    Notice only

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

$0.00

ERIK MOOSA

2629 Damsel Cherry Lane

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Lewisville TX 75056    Goods and/or services

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

$0.00

ERNEST JONES

4030 CR 209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CENTERVILLE TX 75833    Notice only

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No
☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.253**   Nonpriority creditor's name and mailing address

**ESSENCE LAWRENCE**

**1100 N 6TH ST**

**WACO**      **TX**    **76707**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.254**   Nonpriority creditor's name and mailing address

**ESTHER PONCE**

**108 S REED AVE**

**BRYAN**      **TX**    **77803**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.255**   Nonpriority creditor's name and mailing address

**ETELVINA VICENCIO**

**1718 STEWART ST**

**KILLEEN**      **TX**    **76541**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.256**   Nonpriority creditor's name and mailing address

**ETHAN WILLIAMS**

**10450 HWY 7E**

**CENTREVILLE**      **TX**    **75833**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

EUGENIA HINES

5814 KINGMAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO            TX        76710        **Notice only**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number __ __ __ __      ☑ No
     ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

EVA ALCOSER

154 RABBIT CREEK CIRCLE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILGORE          TX        75662        **Notice only**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number __ __ __ __      ☑ No
     ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

EVANGELINA PALMA

245 JOHN KOLB RD

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN           TX        75901        **Notice only**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number __ __ __ __      ☑ No
     ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

EZIEKIAL CLARK

1900 B ECHOLS ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

AUSTIN           TX        78750        **Notice only**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number __ __ __ __      ☑ No
     ☐ Yes

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

FABRICIO FLORES

277 SILVERTON ST

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

LUFKIN          TX      75904          **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,462.00 |

FALCON HOLDINGS MANAGEMENT LLC

7 VILLAGE CIR STE 300

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

WESTLAKE          TX      76262          **Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

FLAVIO BARBALENA

391 CAVIN LN

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

AXTELL          TX      76624          **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,052.50 |

FLOWERS BAKING COMPANY OF TYLER LLC

PO BOX 842216

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

DALLAS          TX      75284          **Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **J & D Restaurant Group, LLC**          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.265**  Nonpriority creditor's name and mailing address

FRANK VEAIL

718 NORTH 59TH ST.

WACO     TX   76710

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.266**  Nonpriority creditor's name and mailing address

FRANKIE DELEON

216 1/2 E POLK AVE

LUFKIN     TX   75904

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.267**  Nonpriority creditor's name and mailing address

FRED CROSS

330 E MIAN ST

NACAGDOCHES     TX   75961

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.268**  Nonpriority creditor's name and mailing address

FREDDY MARTINEZ GARCIA

530 S. PEACH

TYLER     TX   75702

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Frederick Brantley

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Alleged Personal Injury Claim**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.17 |

**Frederick Dowe dba Dowe Microwave Servic**
**800 SWITZER LN**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services**

**CEDAR HILL**    **TX**   **75104**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**FREDERICK KING**
**1597 CO RD 320**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**CENTERVILLE**    **TX**   **75833**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**FREDRICK JOHNSON**
**3122 TRICE AVE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**WACO**    **TX**   **76708**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **J & D Restaurant Group, LLC**_____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

FREDRICK PITTMAN JR

911 FLORIDA STREET

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

BRYAN          TX      77803

**Basis for the claim:**
Notice only

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

FREDY BARAHONA

713 ALLENDALE

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

LUFKIN          TX      75904

**Basis for the claim:**
Notice only

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.14 |
|---|---|---|---|

FRONTIER

PO BOX 740407

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

CINCINNATI          OH      45274-0407

**Basis for the claim:**
Goods and/or services

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

GABRIEL ALLEN

1315 JEFFERIS AVE

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

KILLEEN          TX      76543

**Basis for the claim:**
Notice only

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

---

Debtor   **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

---

**3.277**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

**GARY BALBOA**

**2514 LYLE AVE**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**        **TX**    **76708**    **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __  ☑ No
☐ Yes

---

**3.278**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

**GARY DUFFEY**

**3912 NORTH 22ND ST**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**        **TX**    **76708**    **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __  ☑ No
☐ Yes

---

**3.279**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

**GARY HEMPHILL**

**1009 N VALLEY MILLS DR APT 144**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**        **TX**    **76710**    **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __  ☑ No
☐ Yes

---

**3.280**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

**GENE CASTILLO**

**1110 WEST AVE A**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TEMPLE**        **TX**    **76504**    **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __  ☑ No
☐ Yes

---

Debtor      **J & D Restaurant Group, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**GEORGE SCHMIDT IV**                                     *Check all that apply.*
**PO BOX 108**
                                                         ☐ Contingent
                                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
**DIBOLL          TX      75941**                        **Notice only**

Date or dates debt was incurred _____          **Is the claim subject to offset?**
Last 4 digits of account number __ __ __ __              ☑ No
                                                         ☐ Yes

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**GERMAINE TAYLOR**                                       *Check all that apply.*
**407 ALEXANDER ST**
                                                         ☐ Contingent
                                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
**KILGORE         TX      75662**                        **Notice only**

Date or dates debt was incurred _____          **Is the claim subject to offset?**
Last 4 digits of account number __ __ __ __              ☑ No
                                                         ☐ Yes

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**GILBERTO RODRIGUEZ**                                    *Check all that apply.*
**2189 LIVE OAK CIRCLE**
                                                         ☐ Contingent
                                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
**BRYAN           TX      77807**                        **Notice only**

Date or dates debt was incurred _____          **Is the claim subject to offset?**
Last 4 digits of account number __ __ __ __              ☑ No
                                                         ☐ Yes

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**GILDA VILLAGOMEZ**                                      *Check all that apply.*
**2016 DUSK DIRVE**
                                                         ☐ Contingent
                                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
**KILLEEN         TX      76543**                         **Notice only**

Date or dates debt was incurred _____          **Is the claim subject to offset?**
Last 4 digits of account number __ __ __ __              ☑ No
                                                         ☐ Yes

Debtor __J & D Restaurant Group, LLC_____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,468.04 |
|---|---|---|---|

GIS BENEFITS

PO BOX 1806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

SAN ANOTNIO          TX      78296

Basis for the claim:
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

GUADALUPE FIALLOS

822 MT CARMEL RD

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

LUFKIN          TX      75904

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

GUADALUPE LOPEZ

200 NORTHGATE LN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

JACKSONVILLE          TX      75766

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,365.89 |
|---|---|---|---|

GUARDIAN

PO BOX 677458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS          TX      75267-7458

Basis for the claim:
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

GWENDOLYN BOWEN

1500 OLYMPIA WAY APT # 16

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

COLLEGE STATION          TX      77840          **Notice only**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      - [x] No
- [ ] Yes

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

GWENDOLYN MILLER

3338 W. COPE ST.

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

TYLER          TX      75702          **Notice only**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      - [x] No
- [ ] Yes

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.91 |

HARLAND CLARKE CORP

D/B/A TRANSOURCE

PO BOX 60005

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

CHARLOTTE          NC      28260-0005          **Goods and/or services**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      - [x] No
- [ ] Yes

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

HAROLD JONES

4504 JOHN DAVID DR

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

KILLEEN          TX      76549          **Notice only**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      - [x] No
- [ ] Yes

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.293**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**Health Insurance Marketplace**
**Attn: Supporting Documentation**     ☐ Contingent
**465 Industrial Blvd**     ☐ Unliquidated
    ☐ Disputed

Basis for the claim:

**London**    **KY**    **40750-0001**     **Notice Only**

Date or dates debt was incurred     Is the claim subject to offset?
    ☑ No
Last 4 digits of account number   __ __ __ __     ☐ Yes

---

**3.294**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**HEATHER ALFORD**
**100 HOME ST**     ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Basis for the claim:

**HILLSBORO**    **TX**    **76645**     **Notice only**

Date or dates debt was incurred     Is the claim subject to offset?
    ☑ No
Last 4 digits of account number   __ __ __ __     ☐ Yes

---

**3.295**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**HEATHER DURAN**
**534 COUNTY ROAD APT # 170**     ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Basis for the claim:

**BAY CITY**    **TX**    **77414**     **Notice only**

Date or dates debt was incurred     Is the claim subject to offset?
    ☑ No
Last 4 digits of account number   __ __ __ __     ☐ Yes

---

**3.296**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**
*Check all that apply.*

**HEATHER GANN**
**818 S CASS UNIT 9 B**     ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Basis for the claim:

**CENTERVILLE**    **TX**    **75833**     **Notice only**

Date or dates debt was incurred     Is the claim subject to offset?
    ☑ No
Last 4 digits of account number   __ __ __ __     ☐ Yes

---

Debtor **J & D Restaurant Group, LLC**     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.297** Nonpriority creditor's name and mailing address

HEATHER MUNK

405 W 28TH ST

_____

BRYAN    TX    77803

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00

---

**3.298** Nonpriority creditor's name and mailing address

HECTOR RAMIREZ

150 OAK LEAF

_____

COLLEGE STATION    TX    77845

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00

---

**3.299** Nonpriority creditor's name and mailing address

HENRY GARCIA

1303 SOUTH 19TH ST APT # B

_____

TEMPLE    TX    76504

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00

---

**3.300** Nonpriority creditor's name and mailing address

HIEN COVINGTON

132 RIDGEWAY

_____

COLLEGE STATION    TX    77845

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00

---

Debtor  **J & D Restaurant Group, LLC**  Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $1,787.00 |
|---|---|---|---|---|

**HIRELINKS CORP**

**3927 BONNIE LANE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**ROUND ROCK**    **TX**    **78665**    **Goods and/or services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $10,976.34 |
|---|---|---|---|---|

**HM ELECTRONICS INC**

**14110 STOWE DR**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**POWAY**    **CA**    **92064**    **Goods and/or services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 |
|---|---|---|---|---|

**HYCHEON SLAUGHTER**

**3627 COLCORD AVE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**    **TX**    **76708**    **Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $5,415.00 |
|---|---|---|---|---|

**Industrial Steam Cleaning**

**of Central Texas**

**PO BOX 1186**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**SALADO**    **TX**    **76571**    **Goods and/or services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **J & D Restaurant Group, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**IRENEANA JALLORINA**

**3605 WOODLAKE DR**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**    **TX**    **76549**    **Notice only**

Date or dates debt was incurred    **Is the claim subject to offset?**
☒ No
Last 4 digits of account number  __ __ __ __  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**ISAAC GAINEY**

**4101 E RANCIER AVE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**    **TX**    **76543**    **Notice only**

Date or dates debt was incurred    **Is the claim subject to offset?**
☒ No
Last 4 digits of account number  __ __ __ __  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**ISABEL FORASTIERI**

**313 INDIAN OAKS DR**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HARKER HEIGHTS**    **TX**    **76548**    **Notice only**

Date or dates debt was incurred    **Is the claim subject to offset?**
☒ No
Last 4 digits of account number  __ __ __ __  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**ISELA MUNOZ**

**155 CR 1628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**JACKSONVILLE**    **TX**    **75766**    **Notice only**

Date or dates debt was incurred    **Is the claim subject to offset?**
☒ No
Last 4 digits of account number  __ __ __ __  ☐ Yes

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

---

**Part 2:**    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

3.309 **Nonpriority creditor's name and mailing address**

ISIDRO MATUL

1713 ANDERSON ST APT B

_____

COLLEGE STATION    TX    77840

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

3.310 **Nonpriority creditor's name and mailing address**

IVORY ASBERRY

4500 ROCKING K DR

_____

WACO    TX    76705

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

3.311 **Nonpriority creditor's name and mailing address**

IYESHA GRIGSBY

1509 WOODEN

_____

NACOGDOCHES    TX    75961

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

3.312 **Nonpriority creditor's name and mailing address**

JACK HAVEN

1504 N COMMERCE ST

_____

CENTERVILLE    TX    75833

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **J & D Restaurant Group, LLC**         Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,192.24 |
|---|---|---|---|

**JACKSON SIGN & LIGHTING INC**

**PO BOX 23087**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services**

**WACO**     **TX**    **76702**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**JACOB RODRIGUEZ**

**2000 INDIAN TRAIL TRL 7B**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

**HARKER HEIGHTS**     **TX**    **76548**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**JACOB WHICKER**

**1101 Southwest Parkway Apt #2011**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

**COLLEGE STATION**     **TX**    **77840**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**JACQUELINE FIELDS**

**8824 OLD MCGREGOR RD APT #8824**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

**HEWITT**     **TX**    **76712**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor __J & D Restaurant Group, LLC_____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

JACQUES MAYS

5823 HOPKINS DR

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TEMPLE          TX     76502      **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
                                                 ☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

JADA JOURDIAN

1304 HARRIS AVE APT # 40

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

KILLEEN         TX     76541      **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
                                                 ☐ Yes

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

JAMARI PAGE

1117 N 8TH ST APT # 1

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

KILLEEN         TX     76541      **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
                                                 ☐ Yes

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

JAMAYNE SCOTT

1811 EAST AVENUE K APT # 411

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TEMPLE          TX     76501      **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number __ __ __ __     ☑ No
                                                 ☐ Yes

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

JAMERSON SCANLON

1103 COVEY LN APT D

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN          TX     76542        Notice only

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

JAMES BROWN

1139 DUTTON AVE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO          TX     76705        Notice only

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

JAMES DAVIS

375 SHERWOOD FOREST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DIBOLL          TX     75941        Notice only

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

JAMES FUSE

316 W DEAN AVE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN          TX     76541        Notice only

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.325** Nonpriority creditor's name and mailing address

JAMES SANDLE

3200 FINFEATHER STREET # 249

_____

BRYAN          TX     77801

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.326** Nonpriority creditor's name and mailing address

JAMES SCHOOLEY

611 N 5TH ST APT# J6

_____

TEMPLE          TX     76501

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.327** Nonpriority creditor's name and mailing address

JAMES WRIGHT

521 S HENDERSON ST

_____

TEMPLE          TX     76501

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.328** Nonpriority creditor's name and mailing address

JAMIAH MCCOSKILL

84376 HONEY LOCUST UNIT2

_____

FORT HOOD          TX     76544

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

JAMIE HAMMOCK

1732 CORDOVA LOOP

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SEGUIN          TX     78155          **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

JANAY KELLY

4520 N 19TH ST APT # A

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO          TX     76708          **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

JANET CIFTCIBASIS

207 TOPAZ CIRCLE

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BELTON          TX     76513          **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

JANIS WATLEY

1809 HOWARD ST

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO          TX     76711          **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**JANNETTE SANDERS**

**3496 CR 305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BUFFALO**    **TX**    **75831**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**JAQUICE JOHNSON**

**1028 E WALNUT ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HILLSBORO**    **TX**    **76645**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**JARRON GAINER**

**715 EARLENE STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER**    **TX**    **75708**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**JASMIN BARAJAS**

**230 SAUCEDO RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DIBOLL**    **TX**    **75941**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.337 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
_Check all that apply._

**$0.00**

JAZMIN MACIAS

135 FINLEY AVENUE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN        TX        75901

**Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.338 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
_Check all that apply._

**$3,167.86**

JC SERVICES

1801 MCGINNIS CT

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

HARKER HEIGHTS        TX        76548

**Goods and/or services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.339 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
_Check all that apply._

**$12,562.25**

JC SUPERIOR LLC

PO BOX 6754

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BRYAN        TX        77805

**Goods and/or services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.340 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
_Check all that apply._

**$0.00**

JEFFERY CLARK

3605 N 23RD ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO        TX        76708

**Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor     **J & D Restaurant Group, LLC**                          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

**JEFFERY DELANEY**

**4205 JULY DRIVE APT # C**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**          **TX**     **76549**          **Notice only**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __          ☑ No
☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

**JEREMI SANDERS**

**1826 CR 3301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**JACKSONVILLE**          **TX**     **75766**          **Notice only**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __          ☑ No
☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

**JERMIQUE JACKSON**

**2713 S BROADWAY AVE APT # 121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER**          **TX**     **75701**          **Notice only**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __          ☑ No
☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

**JERRY CANTRELL**

**3403 ATKINSON AVE APT # D**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**          **TX**     **76543**          **Notice only**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __          ☑ No
☐ Yes

---

| Debtor | J & D Restaurant Group, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

JERRY SIMMONS

2810 W ERWIN ST

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

TYLER          TX     75702          Notice only

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

JERRY TAYLOR

13946 CANTWELL DR

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

HOUSTON          TX     77014          Notice only

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

JERRY TENNELLE JR.

3815 RANGER DR

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

BRYAN          TX     77801          Notice only

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

JESSICA COBURN

791 HCR 1313

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

HILLSBORO          TX     76645          Notice only

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JESSICA LITTLE**

**3200 FINFEATHER RD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**BRYAN**        **TX**    **77801**        **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JESUS ALVARADO**

**501 E LITTLE DIPPER**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**KILLEEN**        **TX**    **76542**        **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JESUS DURAN**

**423 N GILMER ST APT 11**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**KILLEEN**        **TX**    **76541**        **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JIMMARON POOLE**

**1513 ANNA LEE DR**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**KILLEEN**        **TX**    **76549**        **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor **J & D Restaurant Group, LLC**

Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

_Check all that apply._

JIMMY HADNOT

212 WHITEHOUSE DR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN          TX      75901          Notice only

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

_Check all that apply._

JIMMY HALL

6721 OKLAHOMA LN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

MIDWAY          TX      75852          Notice only

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

_Check all that apply._

JOE FITZGERALD

2602 JOHN PORTER DR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN          TX      76543          Notice only

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

_Check all that apply._

JOHN KING IV

1318 S 30 TH

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO          TX      76711          Notice only

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor  **J & D Restaurant Group, LLC**                          Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

JOHNNY GRIFFITH

176 FLOYD DR.

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN                 TX        76901           **Notice only**

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                        ☑ No
Last 4 digits of account number  __ __ __ __            ☐ Yes

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

JOHNTHAN MYERS

201 MYRIA STREET

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN                 TX        75901           **Notice only**

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                        ☑ No
Last 4 digits of account number  __ __ __ __            ☐ Yes

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

JONATHAN BERRY

4103 FM 757

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WINONA                 TX        75792           **Notice only**

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                        ☑ No
Last 4 digits of account number  __ __ __ __            ☐ Yes

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

JONELL HAYNES

405 W 28TH ST

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BRYAN                  TX        77803           **Notice only**

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                        ☑ No
Last 4 digits of account number  __ __ __ __            ☐ Yes

---

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.361** Nonpriority creditor's name and mailing address

JOQUAVEOUS BASS

2202 WNW LOOP 323 APT # 426

TYLER    TX    75702

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.362** Nonpriority creditor's name and mailing address

JORDAN DOWLING

813 CENTER ST

BRYAN    TX    77803

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.363** Nonpriority creditor's name and mailing address

JORDYN HARMON

1110 INDIAN TRAIL 22

HARKER HEIGHTS    TX    76548

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.364** Nonpriority creditor's name and mailing address

JOSE PICAZO

2606 LEWIS ST

KILLEEN    TX    76543

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor  **J & D Restaurant Group, LLC**                     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

JOSHUA MOORE

1612 N 10TH ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO          TX      76708          Notice only

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __          ☑ No
                                                        ☐ Yes

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

JOSHUA RHODES

610 PSCAR BERRU RD

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN        TX      75904          Notice only

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __          ☑ No
                                                        ☐ Yes

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

JOSHUA RIVAS

1307 CALIFORNIA BLVD

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN        TX      75904          Notice only

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __          ☑ No
                                                        ☐ Yes

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

JOSHUA SAIZON

10550 SHELBY LN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TYLER         TX      75707          Notice only

Date or dates debt was incurred     _____     **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __          ☑ No
                                                        ☐ Yes

Debtor     **J & D Restaurant Group, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.              Amount of claim

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JOVANY NAVAS**

**1506 BUNDRANT DR APT # 227**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**KILLEEN          TX     76549**                    **Notice only**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JUANA CHAVEZ**

**318 PRIVATE RD 3659**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**KILGORE          TX     75662**                    **Notice only**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JUANA SANTOS**

**324 CASEY RD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**LUFKIN          TX     75901**                    **Notice only**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JUANA TORRES**

**164 SPRING MEADOW**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**LUFKIN          TX     75904**                    **Notice only**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JULEYA MCINTYRE**

**5200 DEERWOOD TRAIL**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**KILLEEN** **TX** **76542** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JULIA ESTEVES**

**403 SOUTH FIRST ST**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**DIBOLL** **TX** **75941** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JULIE FARRELL**

**166 OAKLAND CIRCLE**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**LUFKIN** **TX** **75904** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**JUSTIN HAYNES**

**3200 FINFEATHER**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**BRYAN** **TX** **77801** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor __J & D Restaurant Group, LLC__ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

KALA MIMS

2356 FM 2776

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

BRYAN                    TX      77808     __Notice only__

Date or dates debt was incurred _____    Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __    ☐ Yes

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

KALAB CRANSTON

3933 BELLE MERE DR

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TYLER                    TX      75701     __Notice only__

Date or dates debt was incurred _____    Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __    ☐ Yes

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

KAMESHIA TINSLEY

503 N RAGSDALE

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

JACKSONVILLE             TX      75766     __Notice only__

Date or dates debt was incurred _____    Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __    ☐ Yes

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

KARL MALONE

5711 REDSTONE DR APT # D

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

KILLEEN                  TX      76543     __Notice only__

Date or dates debt was incurred _____    Is the claim subject to offset?
☑ No
Last 4 digits of account number __ __ __ __    ☐ Yes

Debtor　**J & D Restaurant Group, LLC**　　　　　　　　　　Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**KASSANDRA SILVA**

**1505 QUARRY DR**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**　　　　**TX**　　76543　　**Notice only**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**KATAZSHANE DAVIS**

**102 S MARABLE ST**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WEST**　　　　**TX**　　76691　　**Notice only**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**KATHERINE BRAUN**

**5852 TEMERITY WAY**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BULVERDE**　　　　**TX**　　78163　　**Notice only**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**KAYLA EVANS**

**816 E MAIN ST**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**MADISONVILLE**　　　　**TX**　　77864　　**Notice only**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**KAYLA MEDEROS**

**317 SELMAN ST**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**TYLER** **TX** **75702** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**KELLY CONNER**

**306 E MULBERRY**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**HUNTINGTON** **TX** **75949** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**KELLY LOWRANCE**

**1400 E AVE H APT # 72**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**NOLANVILLE** **TX** **76559** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**KELVIN DAVIS**

**1011 HATTON ST**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**WACO** **TX** **76704** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**KELVIN OKOLO**

**5222 NORTHWAY DRIVE APT # 117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**NACOGDOCHES** **TX** **75965** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**KENNETH BOWERS**

**201 KRENEK TAP RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**COLLEGE STATION** **TX** **77840** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**KENVIA ROSS**

**435 E WALNUT ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**HILLSBORO** **TX** **76645** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**KENYAN MCCAULEY**

**4400 PALUXY DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**TYLER** **TX** **75703** **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**KENYON JONES**

**800 N 46TH ST APT # 19 A**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**    **TX**    **76543**    **Notice only**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No   ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**KEVIN AVILEZ**

**713 ALLENDALE DR**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LUFKIN**    **TX**    **75904**    **Notice only**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No   ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**KHADIJA DAVIS**

**4006 MADISON DR. APT. #B**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**    **TX**    **76543**    **Notice only**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No   ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**KHIYANA TAYLOR**

**1910 BARAK LN APT # 17**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BRYAN**    **TX**    **77802**    **Notice only**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No   ☐ Yes

---

Debtor **J & D Restaurant Group, LLC**     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

KIERRA MONROE

1006 DANSBY

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

BRYAN    TX    77803    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

KIERSTEN COLLET

4004 AUSTINS ESTATES

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

BRYAN    TX    77808    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

KIMBERLY JANUARY

9911 FM

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

MIDWAY    TX    75852    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

KIMBERLY MAY

4501 WOODBEND DR

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

BRYAN    TX    77803    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.401** Nonpriority creditor's name and mailing address

**KIMBERLY PRINZ**

**605 BURTON AVE**

_____

**LUFKIN**     **TX**    **75904**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.402** Nonpriority creditor's name and mailing address

**Kimbrough Fire Extinguisher**

**Company Inc**

**PO BOX 13296**

**ARLINGTON**     **TX**    **76094-0296**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,008.04**

---

**3.403** Nonpriority creditor's name and mailing address

**KITIONA LUAU JR**

**605 STEWART ST.**

_____

**KILLEEN**     **TX**    **76541**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.404** Nonpriority creditor's name and mailing address

**KORY SHURON**

**309 ROOT AVE #154**

_____

**KILLEEN**     **TX**    **76541**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.405**   Nonpriority creditor's name and mailing address

**KRISTI FORD**

**1400 E AVE H APT # 79**

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$0.00

Basis for the claim:

**NOLANVILLE**    **TX**   **76559**   **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

**3.406**   Nonpriority creditor's name and mailing address

**KRISTIN BROWN**

**1909 SYBIL LN**

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$0.00

Basis for the claim:

**TYLER**    **TX**   **75703**   **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

**3.407**   Nonpriority creditor's name and mailing address

**KRISTINA DMYTRENKO**

**4409 CAUSEWAY CT.**

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$0.00

Basis for the claim:

**KILLEEN**    **TX**   **76549**   **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

**3.408**   Nonpriority creditor's name and mailing address

**KRISTOPHER PICKLE**

**1303 FM 1119**

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$0.00

Basis for the claim:

**CENTERVILLE**    **TX**   **75833**   **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.409**   Nonpriority creditor's name and mailing address

KRISTY DESTEFANO

3107 60TH ST

KILLEEN      TX      76543

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.410**   Nonpriority creditor's name and mailing address

KRYSTAL SNYDER

221 E. CRAVEN AVE.

WACO      TX      76705-1946

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.411**   Nonpriority creditor's name and mailing address

KRYSTAL STOGLIN

720 OLIVE ST

WACO      TX      76704

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.412**   Nonpriority creditor's name and mailing address

KUNTELLEON SPIKES

1738 DALLAS CIRCLE APT A

WACO      TX      76704

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.413**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**

LADONNA MILLS

1003 S 27TH

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

COPPERAS COVE    TX    76522      **Notice only**

Date or dates debt was incurred      **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☒ No   ☐ Yes

---

**3.414**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**

LAKESHA STOGLIN

1621 N 18TH ST

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

WACO    TX    76707      **Notice only**

Date or dates debt was incurred      **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☒ No   ☐ Yes

---

**3.415**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**

LAKIRA MURPHEY

1828 SANDY POINT RD APT # 4106

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

BRYAN    TX    77808      **Notice only**

Date or dates debt was incurred      **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☒ No   ☐ Yes

---

**3.416**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$2,909.79**

LANCE A PARKER

P.O BOX 1541

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

HUNTINGTON    TX    75949      **Goods and/or services**

Date or dates debt was incurred      **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☒ No   ☐ Yes

---

Debtor   **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.33 |

**LANE EQUIPMENT COMPANY**

**PO BOX 540909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

**HOUSTON**          **TX**     **77254-0909**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**LANNY LYONS**

**402 HIGGS DR**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**BRYAN**          **TX**     **77807**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**LAPORTIA PLEASANT**

**809 GREELY AVE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**JACKSONVILLE**          **TX**     **75766**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**LARCEY LAWRENCE**

**903 N 31ST ST**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**WACO**          **TX**     **76707**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LAREYNA WILSON**

**703 WEST GLENWOOD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER** **TX** **75710** **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

☒ No
☐ Yes

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LARISSA WEAVER**

**517 S MARY ST TRL C**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**MADISONVILLE** **TX** **77864** **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

☒ No
☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LARRY BUTTON**

**11300 HWY 271 LOT 250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER** **TX** **75708** **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

☒ No
☐ Yes

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LARRY TOLLERSON**

**5105 DAVY CROCKETT STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TEMPLE** **TX** **76502** **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

☒ No
☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.425** Nonpriority creditor's name and mailing address

**LASANDRA DAVIS**

**1806 AVONDALE**

_____

**WACO**          **TX**     **76707**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.426** Nonpriority creditor's name and mailing address

**LASHANDA JOHNSON**

**8699 CO RD 3111**

_____

**KILGORE**          **TX**     **75662**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.427** Nonpriority creditor's name and mailing address

**LATONTRA DUKES**

**408 A JUSTIN LANE**

_____

**HARKER HEIGHTS**          **TX**     **76548**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.428** Nonpriority creditor's name and mailing address

**LATONYA BROWN**

**1011 N. JACKSON #3I**

_____

**JACKSONVILLE**          **TX**     **75766**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $0.00 |

**LATOYA WHITFIELD**

**434 E WALNUT ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HILLSBORO          TX     76645**     **Notice only**

Date or dates debt was incurred          _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __          ☑ No
                                                        ☐ Yes

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $0.00 |

**LATOYSHA ERVIN**

**2849 MADISON DR APT D**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO          TX     76706**     **Notice only**

Date or dates debt was incurred          _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __          ☑ No
                                                        ☐ Yes

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $0.00 |

**LAURA DIAZ AGUILAR**

**265 SILVERTON ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LUFKIN          TX     75904**     **Notice only**

Date or dates debt was incurred          _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __          ☑ No
                                                        ☐ Yes

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $0.00 |

**LAURA HARKINS**

**12202 STATE HWAY 75 SOUTH**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**MIDWAY          TX     75852**     **Notice only**

Date or dates debt was incurred          _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __          ☑ No
                                                        ☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LAVONTE JAMES**

**2844 CR 4935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**KEMPNER**     **TX**     **76539**     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LAWRENCE MICKLES**

**800 SHADY LN. #517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**BELTON**     **TX**     **76513**     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LEKEDRICK ROBERSON**

**724 OLAF DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**TEMPLE**     **TX**     **76504**     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LEVI WHEAT**

**725 CACTUS LANE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**COPPERAS COVE**     **TX**     **76522**     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor **J & D Restaurant Group, LLC**                     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LEXI BATCHAND**

**207 TOPAZ CIRCLE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BELTON          TX     76513**          **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☑ No
☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LINDA FUENTES**

**611 BROOK DR.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN          TX     76541**          **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☑ No
☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LINDA SCOTT**

**408 LOTTIE ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO          TX     76704**          **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☑ No
☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LINDA WHITED**

**1225 KELLUM ST.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO          TX     76704**          **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☑ No
☐ Yes

---

Debtor  **J & D Restaurant Group, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,885.09 |

Check all that apply.

**Liquid Environmental Solutions Of Texas**

**PO BOX 733372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**DALLAS**          **TX**    **75373**       **Goods and/or services**

Date or dates debt was incurred  _____    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☒ No
                                                      ☐ Yes

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LISA GOSNEY**

**1396 CR 4930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**KEMPNER**          **TX**    **76539**       **Notice only**

Date or dates debt was incurred  _____    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☒ No
                                                      ☐ Yes

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LIZA GONZALES**

**2417 COLGATE CIRCLE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**COLLEGE STATION**   **TX**    **77840**       **Notice only**

Date or dates debt was incurred  _____    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☒ No
                                                      ☐ Yes

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**LMICHAEL AMOS**

**102 E TRUMAN AVE APT # B**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**COPPEARS COVE**     **TX**    **76522**       **Notice only**

Date or dates debt was incurred  _____    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☒ No
                                                      ☐ Yes

Debtor     **J & D Restaurant Group, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,128.28 |
|---|---|---|---|

LOCHRIDGE-PRIEST, INC

P O BOX 154187

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

WACO                    TX       76715

**Basis for the claim:**
**Goods and/or services**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,824.45 |
|---|---|---|---|

LOGGINS PLUMBING

PO BOX 150937

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

LUFKIN                  TX       75915-0937

**Basis for the claim:**
**Goods and/or services**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

LOIS BROCKINGTON

303 HORTON ST

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

KILGORE                 TX       75662

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

LONDON MCCULLOUGH

2202 W NW LOOP 323 APT # 122

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

TYLER                   TX       75702

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  **J & D Restaurant Group, LLC**_____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,375.00 |

**LONESTAR LOGOS & SIGNS LLC**

**611 S CONGRESS AVE STE 300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**AUSTIN** TX 78704

Basis for the claim:
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**LONNY BERNAL**

**2706 ATKINSON DR.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**LUFKIN** TX 75901

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,789.57 |

**LUDCO, INC**

**3210 SW STALLINGS DRIVE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**NACOGHDOCHES** TX 75964

Basis for the claim:
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**MACDARIUS GIPSON**

**600 W HALLMARK BLVD APT # 517**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**KILLEEN** TX 76541

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.453**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:      **$0.00**

MACY MOORING

1104 EAST MAIN ST

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

MADISONVILLE    TX    77864     **Notice only**

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

---

**3.454**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:      **$0.00**

MADISON COUNTY

Office of Retail Food Permitting & Inspe

300 W SCHOOL ST RM 104

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

MADISONVILLE    TX    77864-1990     **Goods and/or services**

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

---

**3.455**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:      **$0.00**

MAKIA WYATTS

2120 PEARL ST APT # 110

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

NACOGDOCHES    TX    75965     **Notice only**

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

---

**3.456**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:      **$0.00**

MALAKI STRICKLAND

826 W. 32 ND STREET

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

TYLER    TX    75702     **Notice only**

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

---

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.457**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

MALCOLM MAKES

3611 POINTER ST
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

BELTON     TX     76513     **Notice only**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __     ☑ No
    ☐ Yes

---

**3.458**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

MALEEQUE RIDEN

308 EARL ST
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

JACKSONVILLE     TX     75766     **Notice only**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __     ☑ No
    ☐ Yes

---

**3.459**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

MALIK TORRES

3829 HUACO LN
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

WACO     TX     76710     **Notice only**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __     ☑ No
    ☐ Yes

---

**3.460**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

MANUEL PARADA

503 1/2 NORTH 4TH STREET
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

TEMPLE     TX     76501     **Notice only**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __     ☑ No
    ☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

MARC GUZMAN

826 MT CARMEL RD.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN     TX    75904     **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☒ No
☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

MARC HOOKS

2917 NORTH 12TH ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TEMPLE     TX    76501     **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☒ No
☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

MARCUS FAHIE

4307 TELLURIDE DR.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN     TX    76542     **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☒ No
☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

MARGARITA GODINEZ

8222 ECHO LN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TYLER     TX    75708     **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☒ No
☐ Yes

Debtor **J & D Restaurant Group, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.465**   Nonpriority creditor's name and mailing address

MARGARITA SANCHEZ

7692 COUNTY ROAD 485

_____

TYLER      TX    75706

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.466**   Nonpriority creditor's name and mailing address

MARIA ANGULO

2006 WOODLAWN ST

_____

TYLER      TX    75702

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.467**   Nonpriority creditor's name and mailing address

MARIA DELGADO HOLQUIN

386 CRIPPLE CREEK RD.

_____

LUFKIN      TX    75904

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.468**   Nonpriority creditor's name and mailing address

MARIA LARA CISNEROS

803 STUTTS ST.

_____

MADISONVILLE      TX    77864

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**MARIA MARTINEZ**

**3200 FIN FEATHER APT 121**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BRYAN** **TX** **77803**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**MARIA MONTENEGRO**

**605 ATKINSON AVE #3**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN** **TX** **76541**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**MARIA RAMIREZ**

**194 BLUEBONNET BND**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**NACOGDOCHES** **TX** **75965**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**MARIA RAMIREZ**

**920 CLEARLEAF DR APT 80**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BRYAN** **TX** **77803**     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __     ☑ No
☐ Yes

Debtor    **J & D Restaurant Group, LLC**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

---

**3.473** | Nonpriority creditor's name and mailing address

MARIA REYES

554 HUMASON AVE

_____

LUFKIN                 TX      75901

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

$0.00

---

**3.474** | Nonpriority creditor's name and mailing address

MARIA ROSS

212 N SPARKS

_____

BELTON                 TX      76513

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

$0.00

---

**3.475** | Nonpriority creditor's name and mailing address

MARIA SANTANA PINA

1175 BURKHALTER HOLLOW RD

_____

DIBOLL                 TX      75941

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

$0.00

---

**3.476** | Nonpriority creditor's name and mailing address

MARIA SEPULVEDA

2246 COUNTY ROAD 326 W

_____

TYLER                 TX      75706

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

$0.00

---

Debtor **J & D Restaurant Group, LLC**        Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.477 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**MARIA TORRES**

**108 S REED AVE**

_____

**BRYAN**      **TX**    **77803**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

| 3.478 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**MARIAH TONDRE**

**4511 LONESOME DOVE DR**

_____

**KILLEEN**      **TX**    **76549**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

| 3.479 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**MARIEL FAULLON**

**1024 BURKHALTER RD.**

_____

**DIBOLL**      **TX**    **75941**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

| 3.480 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**MARISOL GONZALES**

**705 E ELM ST**

_____

**HILLSBORO**      **TX**    **76645**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.481** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**

Check all that apply.

**MARISOL PATLAN**

**2118 N TENNEHAH AVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER**     **TX**    **75702**     **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.482** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**

Check all that apply.

**MARQUEZ BROWN**

**612 PAINTBRUSH DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HARKER HEIGHTS**     **TX**    **76548**     **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.483** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**

Check all that apply.

**MARSHA BELTON**

**1402 TEJAS TRAIL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HARKER HEIGHTS**     **TX**    **76548**     **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.484** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00**

Check all that apply.

**MARSHAL HODGANEEK**

**800 SHADY LN. #531**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BELTON**     **TX**    **76513**     **Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

MARTHA JIMENEZ

822 MOUNT CARMEL RD

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

LUFKIN          TX     75904

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

MARTISHA BAKER

2229 RED BIRD LANE APT # E

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

TYLER          TX     75706

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

MARVELL JONES

1304 SADDLE DR

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

KILLEEN          TX     76543

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

MARY PINEDA

822 MOUNT CARMEL RD.

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

LUFKIN          TX     75904

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor  **J & D Restaurant Group, LLC**                      Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.489 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:                **$0.00**
*Check all that apply.*

**MARYJANE CASTILLO**

**519 N GRESHAM ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**MARLIN**          **TX**      **76661**            **Notice only**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.490 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:                **$0.00**
*Check all that apply.*

**Marylou Medina Garcia**

**c/o Ben Abbott & Associates**

**1934 Pendleton Drive**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Garland**          **TX**      **75041**            **Alleged Personal Injury Claim**

Date or dates debt was incurred    **01/02/2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.491 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:                **$0.00**
*Check all that apply.*

**MASON BRASHEAR**

**915 SHERWOOD LN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**JACKSONVILLE**          **TX**      **75766**            **Notice only**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.492 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:                **$0.00**
*Check all that apply.*

**MATTHEW CHAPMAN**

**3603 CRESCENT DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**          **TX**      **76543**            **Notice only**

Date or dates debt was incurred    _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|
| | | Check all that apply. | |

MAYRA NUSTAS

222 HOPKINS ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LUFKIN                    TX      75901          **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.494** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$548,681.92** |
|---|---|---|---|
| | | Check all that apply. | |

MBM CORPORATION

2641 MEADOWBROOK RD

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ROCKY MOUNT               NC      27801          **Goods and/or services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.495** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,426.30** |
|---|---|---|---|
| | | Check all that apply. | |

MCGLADREY LLP

5155 PAYSPHERE CIR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

CHICAGO                   IL      60674          **Goods and/or services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.496** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$146.67** |
|---|---|---|---|
| | | Check all that apply. | |

MCI COMM SERVICE

PO BOX 15043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ALBANY                    NY      15043          **Goods and/or services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

_Check all that apply._

**MCINTYRE PLUMBING**

**10291 ROBINSON DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER          TX      75703**        **Goods and/or services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

_Check all that apply._

**MEGAN CHAMNESS**

**805 W LINCOLN AVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**COPPERAS COVE      TX      76522**        **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

_Check all that apply._

**MELANIE MOLINAR**

**1302 COVEY LANE APT # B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN          TX      76542**        **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

_Check all that apply._

**MERCEDES SEARCY**

**1500 OLYMPIA WAY APT 16**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**COLLEGE STATION      TX      77840**        **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.501** Nonpriority creditor's name and mailing address

MICAH PRAVEL

1204 S. LOOP DR. APT. 1

WACO          TX      76704

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**3.502** Nonpriority creditor's name and mailing address

MICAH SMITH

6204 CROMWELL CT

BRYAN          TX      77802

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**3.503** Nonpriority creditor's name and mailing address

MICHAEL GUERRA

709 DENNIS ST

DIBOLL          TX      75941

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**3.504** Nonpriority creditor's name and mailing address

MICHAEL RANSBURG

1604 E ADAMS AVE

TEMPLE          TX      76502

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**MICHAEL SANTIKOS**

**224 LYNN DR APT # A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BRYAN**    **TX**    **77801**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**MICHAEL SIGLER**

**416 WOLDERT ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER**    **TX**    **75702**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**MICHEAL LOUGHMILLER**

**615 FM 856 N**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TROUP**    **TX**    **75789**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**MICHEAL PARTIDA**

**208 NORTH CHURCH ST APT # 402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HILLSBORO**    **TX**    **76645**    **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| Debtor | J & D Restaurant Group, LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

MICHEALLA SIMPSON

1018 N ROSS AVE APT # A

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| TYLER | TX | 75702 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

MICHELLE JONES

821 WEST AVE I APT B

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| BELTON | TX | 76513 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

MICHELLE ROSALES

277 SILVERTON ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| LUFKIN | TX | 75904 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

MICKEY SIMON

4606 Bowles Drive Apt #Unita

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| KILLEEN | TX | 76549 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor  **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $972.09 |
|---|---|---|---|

**MIKE STAAS SERVICES, INC**

**4914 FORT AVE.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**            **TX**      **76710**        **Goods and/or services**

Date or dates debt was incurred  _____      **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
                                                  ☐ Yes

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

**MIKEL LEE**

**1403 SPOKANE STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**NACOGDOCHES**      **TX**      **75961**        **Notice only**

Date or dates debt was incurred  _____      **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
                                                  ☐ Yes

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

**MIRIAM GONZALEZ**

**7102 COKUI DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**          **TX**      **76542**        **Notice only**

Date or dates debt was incurred  _____      **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
                                                  ☐ Yes

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

**MISTY DONALDSON**

**1806 CHISHOLM TRAIL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**SALADO**          **TX**      **76571**        **Notice only**

Date or dates debt was incurred  _____      **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
                                                  ☐ Yes

Debtor    **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**MITCHELL MURPHY**

**6006 ALEXUS DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**          **TX**     **75642**          **Notice only**

Date or dates debt was incurred          _____          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __          ☑ No
☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**MONICA CHRISTIAN**

**1007 NNW LOOP 323 277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER**          **TX**     **75701**          **Notice only**

Date or dates debt was incurred          _____          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __          ☑ No
☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**MONICA DEL VILLAR**

**1208 W GROVE AVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LUFKIN**          **TX**     **75904**          **Notice only**

Date or dates debt was incurred          _____          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __          ☑ No
☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**MONICA LAMBORN**

**140 FLOWER PATH**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LUFKIN**          **TX**     **75904**          **Notice only**

Date or dates debt was incurred          _____          **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __          ☑ No
☐ Yes

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

MONICA REYNOLDS

405 WEST 28TH ST

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

BRYAN                    TX        77803

**Basis for the claim:**
Notice only

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

MORRIS LONDON

1410 MARTINSVILLE RD

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

NACAGDOCHES              TX        75961

**Basis for the claim:**
Notice only

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

MR. ROOTER OF CENTRAL TEXAS

207 W PANTHER WAY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

HEWITT                   TX        76643

**Basis for the claim:**
Goods and/or services

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $677.98 |

MR. ROOTER PLUMBING

3615 FRANKLIN AVE #330

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

WACO                     TX        76710

**Basis for the claim:**
Goods and/or services

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $1,071.90 |
|---|---|---|---|---|

MR. ROOTER PLUMBING OF CENTRAL TEXAS

PO BOX 21804

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| WACO | TX | 76702 | **Goods and/or services** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 |
|---|---|---|---|---|

MYKAYLA MACK

3700 FIELDCREST DR

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| KILLEEN | TX | 76549 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 |
|---|---|---|---|---|

NANCY MARTINEZ

3200 FINFEATHER RD APT 123

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| BRYAN | TX | 77801 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 |
|---|---|---|---|---|

NATALIA RODRIGUEZ

815 SOUTH PEARL ST APT # A

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| BELTON | TX | 76513 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor   **J & D Restaurant Group, LLC**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**NATALIE GARCIA**

**301 FULLER ST**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**DIBOLL         TX      75941**          **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __      ☑ No
                                                    ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**NATASHA JACKSON**

**4401 ALAN KENT APT D**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**KILLEEN         TX      76549**          **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __      ☑ No
                                                    ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**NAVID SALEHEZADEH**

**4433 RIDGE POINT LN.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**PLANO         TX      75024-7039**          **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __      ☑ No
                                                    ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**NEVAEH BARNWELL**

**327 E. CHEROKEE DR.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**HARKER HEIGHTS         TX      76548**          **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __      ☑ No
                                                    ☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**                          Case number (if known) _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

NEVAEH JAMES

5328 LANCE LOOP

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

KILLEEN                    TX        76549              **Notice only**

Date or dates debt was incurred      _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __           ☑ No
                                                          ☐ Yes

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

NEWRN NETTERVILLE

1537 WESTERN OAKS DR.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

WOODWAY                    TX        76712              **Notice only**

Date or dates debt was incurred      _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __           ☑ No
                                                          ☐ Yes

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

NORRIS GRIFFIN

925 COLLEGE AVE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

MEXIA                    TX        76667              **Notice only**

Date or dates debt was incurred      _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __           ☑ No
                                                          ☐ Yes

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

NSF INTERNATIONAL

DEPT LOCK BOX #771380

PO BOX 77000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

DETROIT                    MI        48277-1380              **Goods and/or services**

Date or dates debt was incurred      _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __           ☑ No
                                                          ☐ Yes

---

Debtor **J & D Restaurant Group, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,120.51 |
| --- | --- | --- | --- |

NUCO2 LLC

2800 SE MARKET PL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

STUART     FL     34997     **Goods and/or services**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☒ No   ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

O'SHAY BELL

303 SOUTH 42ND STREET APT # D

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN     TX     76542     **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☒ No   ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

OLIMPIA ZAMARRON

12182 STATE HWY 64 WEST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TYLER     TX     75704     **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☒ No   ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

OLIVIA MORRISON

2310 BERNICE CR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

COPPERAS COVE     TX     76522     **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☒ No   ☐ Yes

---

Debtor **J & D Restaurant Group, LLC**  Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  **Amount of claim**

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**OMAR MOORE**

**6703 GOLDEN OAK LN**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**KILLEEN**        **TX**    **76542**    **Notice only**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No
☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,202.15 |

**ONE CALL SERVICES LLC**

**10867 OAKDALE DR**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**TYLER**        **TX**    **75707**    **Goods and/or services**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No
☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.54 |

**ORKIN - TYLER**

**P O BOX 8648**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**TYLER**        **TX**    **75711**    **Goods and/or services**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No
☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.01 |

**ORKIN PEST CONTROL**

**1728 S US HWY 287**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**CORSICANA**        **TX**    **75110**    **Goods and/or services**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No
☐ Yes

---

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.545** Nonpriority creditor's name and mailing address

OSSIEL LEOS

305 KYE ST

LUFKIN    TX    75901

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.546** Nonpriority creditor's name and mailing address

PAMELA BAINES

6024 PRIVATE DRIVE 4030

NORMANGEE    TX    77871

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.547** Nonpriority creditor's name and mailing address

PAMELA MOSLEY

208 E WELLS ST APT # 8

MADISONVILLE    TX    77864

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.548** Nonpriority creditor's name and mailing address

PAMELA ROSS

608 W MLK ST

BRYAN    TX    77803

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.549** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$8,086.04**
*Check all that apply.*

**PAR TECH, INC.**
☐ Contingent
**PO BOX 301175**
☐ Unliquidated
☐ Disputed

Basis for the claim:
**DALLAS**     **TX**    **75303**     **Goods and/or services**

Date or dates debt was incurred _____     Is the claim subject to offset?
Last 4 digits of account number __ __ __ __     ☑ No
     ☐ Yes

---

**3.550** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

**PATRICIA MUNGIA**
☐ Contingent
**1310 S MAIN ST APT # 202**
☐ Unliquidated
☐ Disputed

Basis for the claim:
**TEMPLE**     **TX**    **76504**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?
Last 4 digits of account number __ __ __ __     ☑ No
     ☐ Yes

---

**3.551** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

**PATRICIA ROGERS**
☐ Contingent
**703 W AVE B**
☐ Unliquidated
☐ Disputed

Basis for the claim:
**COPPERAS COVE**     **TX**    **76522**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?
Last 4 digits of account number __ __ __ __     ☑ No
     ☐ Yes

---

**3.552** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

**PAUL SARVER**
☐ Contingent
**1815 POTOMAC APT # C**
☐ Unliquidated
☐ Disputed

Basis for the claim:
**COLLEGE STATION**     **TX**    **77845**     **Notice only**

Date or dates debt was incurred _____     Is the claim subject to offset?
Last 4 digits of account number __ __ __ __     ☑ No
     ☐ Yes

---

Debtor  **J & D Restaurant Group, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

PAUL WALKER

1400 WOODBINE APT. #11

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

BELLMEAD          TX     76705

**Basis for the claim:**
Notice only

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

PAULA LOWE

407 WISCONSIN ST

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

KILLEEN          TX     76541

**Basis for the claim:**
Notice only

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

PEDRO RIVERA

3014 TAFT ST

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

KILLEEN          TX     76543

**Basis for the claim:**
Notice only

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.38 |
|---|---|---|---|

PETER PAUL'S PLUMBING, INC.

1902 E US HWY 80

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

WHITE OAK          TX     75963

**Basis for the claim:**
Goods and/or Services

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.557**  Nonpriority creditor's name and mailing address

**PLAYNETWORK INC**

**P O BOX 204515**

**DALLAS**            **TX**      **75320-4515**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

Is the claim subject to offset?

☑ No
☐ Yes

**$5,402.74**

---

**3.558**  Nonpriority creditor's name and mailing address

**PNC MERCHANT SERVICES**

**249 FIFTH AVE**

**PITTSBURGH**            **PA**      **15222**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?

☑ No
☐ Yes

**$27,469.02**

---

**3.559**  Nonpriority creditor's name and mailing address

**PORSCHE GRANT**

**4507 ALAN KENT DR APT D**

**KILLEEN**            **TX**      **76549**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?

☑ No
☐ Yes

**$0.00**

---

**3.560**  Nonpriority creditor's name and mailing address

**PRINCE CASTLE, INC**

**21063 NEWTWRK PLACE**

**CHICAHO**            **IL**      **60673-1210**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

Is the claim subject to offset?

☑ No
☐ Yes

**$880.56**

---

Debtor    **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $90.00 |

**Purchasers Choice Inc.**

**13841 ROSEWELL AVE, SUITE J**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**CHINO**          **CA**    **91710**          **Goods and/or services**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
                                                ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

**QUENTIN RIXNER**

**711 W CALHOUN AVE BLDG 3 APT #5**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TEMPLE**          **TX**    **76501**          **Notice only**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
                                                ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

**QUENTIN SHEPHERD**

**134 IDLEWOOD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**          **TX**    **76705**          **Notice only**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
                                                ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |

**QUINTEN MILLNER**

**5111 SHAWN DRIVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**KILLEEN**          **TX**    **76542**          **Notice only**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
                                                ☐ Yes

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.565** Nonpriority creditor's name and mailing address

QUINTON PEOPLES

204 SHELBY LN

WOODWAY     TX    76712

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.566** Nonpriority creditor's name and mailing address

RACHELLE HOLSTON

307 ERIC DR

KILLEEN     TX    76542

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.567** Nonpriority creditor's name and mailing address

RAFAELA MORALEZ

1519 LAMAR ST

SAN ANTONIO     TX    78202

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.568** Nonpriority creditor's name and mailing address

RAMIREZ WILSON

1804 WEST AVE.H APT C

TEMPLE     TX    76504

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

Debtor    **J & D Restaurant Group, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**RANDALL PORTER**

**219 PORTER LOOP**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**DIBOLL**      **TX**    **75941**      **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No   ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**RANESHA CARROLL**

**5918 CALDWELL ST**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**WACO**      **TX**    **76710**      **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No   ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**RAQUEL OROZCO ESPIRICUETA**

**6298 DURAN LN**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**TYLER**      **TX**    **75706**      **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No   ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**RASHONDA SCOTT**

**4206 ALAN KENT APT.#C**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**KILLEEN**      **TX**    **76549**      **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No   ☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | | |
|---|---|---|
| **3.573** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $0.00 |

**3.573** Nonpriority creditor's name and mailing address

RAVEN SHELTON

139 CR 4002

_____

CHILTON      TX    76632

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Notice only

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim** $0.00

---

**3.574** Nonpriority creditor's name and mailing address

RAYFUS LACY

715 MOSLEY

_____

WACO      TX    76705

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Notice only

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim** $0.00

---

**3.575** Nonpriority creditor's name and mailing address

RAYMOND CARDENAS

117 BYBEE CT

_____

HARKER HEIGHTS      TX    76548

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Notice only

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim** $0.00

---

**3.576** Nonpriority creditor's name and mailing address

RAYMOND TAYLOR

2509 WATERWOOD LANE

_____

BRYAN      TX    77803

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Notice only

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim** $0.00

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**REGINALD ADAMS III**

**504 SO. 7TH STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TEMPLE**      **TX**    **76504**      **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No

Last 4 digits of account number __ __ __ __    ☐ Yes

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**REILLEY MILLER**

**4409 HARLAN AVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**      **TX**    **76711**      **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No

Last 4 digits of account number __ __ __ __    ☐ Yes

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**RENEE BUTTON**

**11300 HWY 271 LOT 250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER**      **TX**    **75708**      **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No

Last 4 digits of account number __ __ __ __    ☐ Yes

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |

**REPUBLIC ALARM**

**PO BOX 162794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**FORT WORTH**      **TX**    **76161**      **Goods and/or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No

Last 4 digits of account number __ __ __ __    ☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.581** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**REPUBLIC SERVICES # 70**

**PO BOX 78829**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**PHOENIX                   AZ        85062-8829**

**Basis for the claim:**
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.582** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**RESTAURANT TECHNOLOGIES INC**

**2250 PILOT KNOB RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,105.71**

**MENDOTA HEIGHTS           MN        55120**

**Basis for the claim:**
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.583** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**REVA DOBBINS**

**1818 CUMBERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**WACO                      TX        76708**

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.584** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**RF TECHNOLOGIES INC**

**542 S PRAIRIE ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,835.04**

**BETHALTO                  IL        62010**

**Basis for the claim:**
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.585** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

RICHARD STOKES

219 HOLD ST APT#1

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEN          TX      76541          **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

**3.586** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

RICK BROOME

1265 CR 4903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

JACKSONVILLE          TX      75766          **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

**3.587** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

RIKKI SHANGREAUX

1500 PENTECOST RD

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILGORE          TX      75662          **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

**3.588** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

ROBERT GOODEN

1305 DALE STREET

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BRYAN          TX      77803          **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $0.00 |

ROBERT JOHNSON

820 CORSICANA HWY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

HILLSBORO          TX      76645          Notice only

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $0.00 |

Robin Stafford

707 East Calhoun

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Temple          TX      76501          Alleged Personal Injury Claim

Date or dates debt was incurred          03/26/2017

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $0.00 |

ROCIO GOMEZ

2300 LUTHER ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TYLER          TX      75701          Notice only

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $0.00 |

RONALD KENNEDY

5101 HAWTHORNE DR. APT #209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO          TX      76701          Notice only

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor __J & D Restaurant Group, LLC_____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

RONNIE BELL

3702 PALMTREE LN

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

KILLEEN          TX      76549          **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

RORY LOMAS

4401 LORI DR

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

KILLEN          TX      76549          **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

ROSA VILLALOBOS

332 CLORE RD

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

HARKER HEIGHTS          TX      76548          **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

ROSALINDA GARCIA

400 GULF HERCULES ST

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

KILGORE          TX      75662          **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

ROSARIO ROBLES

302 WEST SEAL

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
NACOGDOCHES          TX          75964          **Notice only**

Date or dates debt was incurred _____          Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          - [x] No
          - [ ] Yes

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,982.22** |

ROTO-ROOTER

PO BOX 644

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
TEMPLE          TX          76503          **Goods and/or services**

Date or dates debt was incurred _____          Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          - [x] No
          - [ ] Yes

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

ROY HARRIS

600 DEARBORN ST

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
WACO          TX          76704          **Notice only**

Date or dates debt was incurred _____          Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          - [x] No
          - [ ] Yes

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,493.58** |

RR DONNELLEY CO

PO BOX 932721

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
CLEVELAND          OH          44193          **Goods and/or services**

Date or dates debt was incurred _____          Is the claim subject to offset?
Last 4 digits of account number ___ ___ ___ ___          - [x] No
          - [ ] Yes

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

RUDY GARCIA

4608 DILLON DR

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

KILLEN          TX      76542          **Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

SAEVON CROSBY

1123 S BROADWAY

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

TYLER          TX      75703          **Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

SAL BHATTY

3927 BONNIE LN

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

ROUND ROCK          TX      78665          **Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

SAMMY BRIMZY

403 SHORT STREET

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

MADISONVILLE          TX      77864          **Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.605**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

SAMUEL BALDRIDGE

2108 HUNT DR APT # D
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN     TX    76543      **Notice only**

Date or dates debt was incurred      **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

**3.606**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

SAMYRIA JONES

814 S 6TH ST
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TEMPLE     TX    76504      **Notice only**

Date or dates debt was incurred      **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

**3.607**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

SANDRA VILLA

1600 MOCKINGBIRD LANE
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN     TX    76541      **Notice only**

Date or dates debt was incurred      **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

**3.608**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**
*Check all that apply.*

SARA BARAHONA

1212 ROYAL CREST DR
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

KILLEEN     TX    76549      **Notice only**

Date or dates debt was incurred      **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
☐ Yes

---

| Debtor | **J & D Restaurant Group, LLC** | | Case number (if known) | |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

SARAH SIMMONS

14207 S. US HWY 69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| HUNTINGTON | TX | 75949 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

SAUL OCAMPO

906 E 26TH ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| BRYAN | TX | 77803 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

SAVANNAH ORTIZ

1310 SOUTH 23RD ST APT 207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| TEMPLE | TX | 76504 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

SCOTT HOOD

724 DEARBORN ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| WACO | TX | 76704 | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **J & D Restaurant Group, LLC**           Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.613** Nonpriority creditor's name and mailing address

**SEACRELA PEARSON**

**104 CHOCTOW CT**

**WACO**     **TX**    **76704**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.614** Nonpriority creditor's name and mailing address

**SEAN EGGLESTON**

**304 N 7TH ST**

**TEMPLE**     **TX**    **76501**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.615** Nonpriority creditor's name and mailing address

**SEDRICK LEE**

**6532 BURLING ST**

**WACO**     **TX**    **76712**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.616** Nonpriority creditor's name and mailing address

**SEIDAH LUGMAN**

**J6047 SHOSHONE DR**

**TYLER**     **TX**    **75703**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                         Amount of claim

**3.617**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:        $0.00
*Check all that apply.*

SERENA TREVINO

1701 TERRACE DR APT # 1112

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

KILLEEN      TX     76541-7307     Notice only

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☒ No
☐ Yes

---

**3.618**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:        $0.00
*Check all that apply.*

SERENITY YATES

9912 SMOCK MILL LANE

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TEMPLE      TX     76502     Notice only

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☒ No
☐ Yes

---

**3.619**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:        $0.00
*Check all that apply.*

SHAHID HASHMI

6206 CROMWELL CT.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

BRYAN      TX     77802     Notice only

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☒ No
☐ Yes

---

**3.620**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:        $0.00
*Check all that apply.*

SHAKINLEY LAWRENCE

1408 HAMMOND DR

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

KILLEEN      TX     76549     Notice only

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☒ No
☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

Check all that apply.

**SHALAKIA SCOTT**

**1406 BENTON ST.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**WACO**          **TX**    **76706**          **Notice only**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

Check all that apply.

**SHANIKA HAMILTON**

**3809 CUMBERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**WACO**          **TX**    **76708**          **Notice only**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

Check all that apply.

**SHANIQUA FOREST**

**813 LEON ST**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**NACOGDOCHES**      **TX**    **75961**          **Notice only**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

Check all that apply.

**SHANNETTE BILTON**

**1621 N 18TH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**WACO**          **TX**    **76708**          **Notice only**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SHANNON CAMPBELL

608 S 26TH ST APT # B

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

TEMPLE    TX    76501

**Basis for the claim:**
Notice only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SHANNON ELZY

P.O.BOX 20395

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

WACO    TX    76702

**Basis for the claim:**
Notice only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SHANNON WILLIS

1828 SANDY POINT ROAD

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

BRYAN    TX    77807

**Basis for the claim:**
Notice only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SHANTELLE GARRETT

1406 S 15TH ST

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

TEMPLE    TX    76504

**Basis for the claim:**
Notice only

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.629** Nonpriority creditor's name and mailing address

SHAQUIN DENMON

8630 HOGAN RD

TEMPLE    TX    76502

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.630** Nonpriority creditor's name and mailing address

SHARAIN BRASSFIELD

1705 COLLEGE ST APT#48

KILLEEN    TX    76549

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.631** Nonpriority creditor's name and mailing address

SHARDA MANNING

1050 N CASEY ST

MADISONVILLE    TX    77864

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.632** Nonpriority creditor's name and mailing address

SHARLENE CARROLL

1100 NTH 6ST

WACO    TX    76707

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **J & D Restaurant Group, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**SHARMILA KAFLE**

**1415 E ELM STREET APT # 201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HILLSBORO**          **TX**     **76645**        **Notice only**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☒ No
                                                      ☐ Yes

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**SHAVON JOHNSON**

**2306 TRUMAN ST.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BRYAN**          **TX**     **77803**        **Notice only**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☒ No
                                                      ☐ Yes

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**SHAWNTA PARR**

**4402 PECAN LN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**WACO**          **TX**     **76705**        **Notice only**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☒ No
                                                      ☐ Yes

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**SHAY DESOUZA**

**3000 WEST ADAMS AVE APT # 403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TEMPLE**          **TX**     **76504**        **Notice only**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☒ No
                                                      ☐ Yes

Debtor   **J & D Restaurant Group, LLC**                           Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| --- | --- | --- | --- |

SHEDARIAN ANDERSON

529 N RAGSDALE ST

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

JACKSONVILLE          TX      75766          **Notice only**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| --- | --- | --- | --- |

SHELBY STAMPLEY

216 N PRESTON ST

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

WHITNEY               TX      76692          **Notice only**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,895.70 |
| --- | --- | --- | --- |

SHELTON PLUMBING

PO BOX 24220

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

WACO                  TX      76702          **Goods and/or services**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| --- | --- | --- | --- |

SHERELL ROBINSON

913 S. 22ND ST. APT. A

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

TEMPLE                TX      76501          **Notice only**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.641**   Nonpriority creditor's name and mailing address

SHERICKA MATTHEWS

309 ROOT AVE ST 21

_____

KILLEEN     TX    76541

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.642**   Nonpriority creditor's name and mailing address

SHERRY BRYANT

604 WEST AVENUE B

_____

COOPERAS COVE     TX    76522

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.643**   Nonpriority creditor's name and mailing address

SHERRY FRANKLIN

1679 HWY 121 502

_____

LEWISVILLE     TX    75067

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.644**   Nonpriority creditor's name and mailing address

SHIMEQUA BETTERS

1117 WOODBINE ST

_____

WACO     TX    76705

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SHIRLEY ROMAR

308 AVALON ST.

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DIBOLL        TX      75941        **Notice only**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SHONTELLE GREENE

3212 WENZ

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO        TX      76708        **Notice only**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SHUNIKA JOHNSON

1811 E. AVE K APT. #309

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TEMPLE        TX      76501        **Notice only**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

SIRDIROUS ROBINSON

10914 CR 383

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TYLER        TX      75708        **Notice only**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor     **J & D Restaurant Group, LLC**             Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

---

**3.649**   Nonpriority creditor's name and mailing address

**SKYLAR HOFFMAN**

**421 TALLEY NICHOLAS DR**

_____

**JACKSONVILLE**     **TX**     **75766**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

        **$0.00**

---

**3.650**   Nonpriority creditor's name and mailing address

**SNJEZANA MANDIC**

**2301 NORTHAM DR.**

_____

**COLLEGE STATION**     **TX**     **77845**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

        **$0.00**

---

**3.651**   Nonpriority creditor's name and mailing address

**SNOWBE ARMSTEAD**

**P. O. BOX 12599**

_____

**LONGVIEW**     **TX**     **75606**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

        **$0.00**

---

**3.652**   Nonpriority creditor's name and mailing address

**SOUTHWESTERN ELECTRIC POWER**

**PO BOX 24422**

_____

**CANTON**     **OH**     **44701-4422**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

Is the claim subject to offset?
☒ No
☐ Yes

        **$1,743.08**

---

Debtor **J & D Restaurant Group, LLC**     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,694.10** |

Check all that apply.

**SPARTAN COMPUTER SERVICES**

**39360 TREASURY CTR**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**CHICAGO**    IL    60694-9900    **Goods and/or services**

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** |

Check all that apply.

**STAAS PLUMBING COMPANY INC**

**333 LAKE AIR DRIVE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**WACO**    TX    76710    **Goods and/or services**

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** |

Check all that apply.

**STEFANE PHILLIPS**

**2411 ANDOVER DR**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**KILLEEN**    TX    76542    **Notice only**

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** |

Check all that apply.

**STELLA WARTHEN**

**1002 MISSOURI AVE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**KILLEEN**    TX    76541    **Notice only**

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No   ☐ Yes

---

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

STEPHANIE GALLARD

P.O.BOX 150514

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

LUFKIN               TX      75915

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

STEVEN AVELAR

205 REDMOND DRIVE

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

COLLEGE STATION       TX      77840

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

STEVEN SAMUELS

3902 CHAROLAIS DR APT# B

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

KILLEEN               TX      76542

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

STEVEN SEGOUIA

1707 E MAIN ST

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

MADISONVILLE          TX      77864

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**STORMY LANG**

**8037 SAND HILL RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice only**

| **MADISONVILLE** | **TX** | **77864** |

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SUPERIOR SERVICE COMPANY**

**PO BOX 6754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Goods and/or services**

| **BRYAN** | **TX** | **77805** |

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Sylvia Lowery**

**c/o Timothy R. Cappolino**

**312 S Houston Avenue**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

**Alleged Personal Injury Claim**

| **Cameron** | **TX** | **76520** |

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TADRYAN DAVIS**

**1073 WINDMEADOWS DRIVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice only**

| **COLLGEG STATION** | **TX** | **77845** |

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**TALITHA PEOPLES**

**2606 GAZELLE DR**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**KILLEEN**     **TX**     **76549**     **Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**TAMARA MCCUIN**

**3805 CR 149**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**FLINT**     **TX**     **75762**     **Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**TAMIYA FINLEY**

**1476 CANYON CREEK DR APT # 192**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**TEMPLE**     **TX**     **76502**     **Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**TANADIA ELLIS**

**2201 EAST AVE I**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**TEMPLE**     **TX**     **76501**     **Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor   **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.669**  Nonpriority creditor's name and mailing address

**TANSHERRY RIAS**

**601 TWIN OAKS DR APT # 408**

**TEMPLE**    **TX**    **76504**

Date or dates debt was incurred

Last 4 digits of account number _____ _____ _____ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.670**  Nonpriority creditor's name and mailing address

**TANVEER MARUF**

**1210 SHAWNEE BLVD**

**TYLER**    **TX**    **75702**

Date or dates debt was incurred

Last 4 digits of account number _____ _____ _____ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.671**  Nonpriority creditor's name and mailing address

**TANYA SMITH**

**2706 TRIPP TRAIL**

**KILLEEN**    **TX**    **76543**

Date or dates debt was incurred

Last 4 digits of account number _____ _____ _____ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.672**  Nonpriority creditor's name and mailing address

**TAVARUS CUMMINGS**

**139 CR 4002**

**CHILTON**    **TX**    **76632**

Date or dates debt was incurred

Last 4 digits of account number _____ _____ _____ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**TAYLOR DAYS** _____

**4802 SOUTH 31ST ST APT # 612** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**TEMPLE**      **TX**     **76502**     **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __ ☑ No
    ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**TEKOAHA RHODES** _____

**5100 SANGER AVE #160** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**WACO**      **TX**     **76710**     **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __ ☑ No
    ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**TERAY MCMILLER** _____

**1902 BARAK LN APT #  6** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**BRYAN**      **TX**     **77802**     **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __ ☑ No
    ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**TERKISHA CHAPEL** _____

**5559 LISTER LANE** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**COLLEGE STATION**      **TX**     **77845**     **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __ ☑ No
    ☐ Yes

---

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

TERREL MORRIS

620 WEST ELM AVE

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| TEMPLE | TX | 76501 |
|---|---|---|

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

TERRENCE WILLIAMS

2020 LEE ST.

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| TYLER | TX | 75702 |
|---|---|---|

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

TERRY ROBINSON

716 E AVE A

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| TEMPLE | TX | 76501 |
|---|---|---|

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

TESSA ENRIQUEZ

725 PINEWOOD

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| DIBOLL | TX | 75941 |
|---|---|---|

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,466.45 |

**Texas Metro Fire LLC dba Metro Fire Equi**

**PO BOX 543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**VON ORMY** TX 78073

Basis for the claim:
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,196.70 |

**TEXAS MUTUAL INSURANCE COMPANY**

**PO BOX 841843**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS** TX 75284

Basis for the claim:
**Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**THELMA IVY**

**1400 E AVE H LOT # 24**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**NOLANVILLE** TX 76559

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**THENETA MACKEY**

**11652 SOUTH WHITEHALL RD.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**MOODY** TX 76557

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

THEODORE JENNINGS

2216 HILLTOP LOOP

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

KILLEEN     TX     76549     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Tiffany Howard

c/o Chris Norman

1801 Trimmier Road, Suite A2

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:

Killeen     TX     76549     **Alleged Personal Injury Claim**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

TIFFANY MCCLAIN

708 N PARKER

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

BRYAN     TX     77803     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

TIFFANY NUCKOLS

805 S 40TH ST

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

TEMPLE     TX     76501     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.689** Nonpriority creditor's name and mailing address

TIFFANY OWENS

1800 PRIMROSE DR. APT. 113B

WACO      TX     76706

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.690** Nonpriority creditor's name and mailing address

TIMMY FINLEY

711 W CALHOUN AVE

TEMPLE      TX     76501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.691** Nonpriority creditor's name and mailing address

TINA THOMAS

1305 N. 4TH  #202

KILLEEN      TX     76541

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.692** Nonpriority creditor's name and mailing address

TIYUN KENDRICKS

1320 OLD DALLAS RD

WACO      TX     76705

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **J & D Restaurant Group, LLC**        Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

     Amount of claim

**3.693**   Nonpriority creditor's name and mailing address

TOBIAS LAWRENCE

3704 PALMTREE LN

KILLEEN     TX    76549

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

      $0.00

---

**3.694**   Nonpriority creditor's name and mailing address

TOCCORA SESSIONS

2519 AMMONS ST

NACOGDOCHES    TX    75964

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

      $0.00

---

**3.695**   Nonpriority creditor's name and mailing address

TOMICA DIAZ

6101 CHARLOTTE LANE

KILLEEN     TX    76542

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

      $0.00

---

**3.696**   Nonpriority creditor's name and mailing address

TRACE JENKINS

1200 S MADISON ST

MADISONVILLE    TX    77864

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

      $0.00

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. **Amount of claim**

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**TRACY JOHNSON**

**3229 EDMOND AVE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**WACO** **TX** **76707** **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __ ☒ No
☐ Yes

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**TRACY STEWART**

**502 N BOLTON ST**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**JACKSONVILLE** **TX** **75766** **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __ ☒ No
☐ Yes

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**TRACY WALTON**

**9629 S 3RD ST.RD**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**WACO** **TX** **76706** **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __ ☒ No
☐ Yes

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**TRACY WOFFORD**

**8977 N. US HWY 75**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**BUFFALO** **TX** **75831** **Notice only**

Date or dates debt was incurred _____ **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __ ☒ No
☐ Yes

Debtor **J & D Restaurant Group, LLC**              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.701** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:               **$0.00**
*Check all that apply.*

TRAVIS HAWTHORNE

822 WELLS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DIBOLL      TX    75941     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

**3.702** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:               **$0.00**
*Check all that apply.*

TREDAVONE SCOTT

2305 MAPLE AVE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO      TX    76707     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

**3.703** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:               **$1,979.91**
*Check all that apply.*

TRINITY ELECTRICAL SERVICE INC.

P.O. BOX 1146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

HEWITT      TX    76643     **Goods and/or services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

**3.704** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:               **$0.00**
*Check all that apply.*

TRISTIAN FORD

116 E CEDAR ST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TYLER      TX    75702     **Notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TRM PLUMBING**

**2458 SPARTA OAKS DR.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **BELTON** | **TX** | **76513** | **Goods and/or services** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TUCKER, ALBIN & ASSOCIATES, INC. / JC Su**

**1702 N. Collins Blvd, Suite 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Richardson** | **TX** | **75080** | **Goods and/or services** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,806.58 |
|---|---|---|---|

**TXU ENERGY**

**PO BOX 650638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **DALLAS** | **TX** | **75265-0638** | **Goods and/or services** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TYRONE MURRAY**

**608 CARVER ST.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **WACO** | **TX** | **76704** | **Notice only** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. **Amount of claim**

---

**3.709** Nonpriority creditor's name and mailing address

UNITED HEALTH CARE

1311 W President George Bush Hwy

_____

RICHARDSON          TX     75080

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,729.67**

---

**3.710** Nonpriority creditor's name and mailing address

UNITED REFRIGERATION, INC

11401 ROOSEVELT BLVD

_____

PHILADELPHIA          PA     19154

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.711** Nonpriority creditor's name and mailing address

US DEPT OF HEALTH & HUMAN SERVICES

200 INDEPENDENCE AVENUE, S.W.

_____

WASHINGTON          DC     20201

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.712** Nonpriority creditor's name and mailing address

VALENCIA DUNN

711 W CALHOUN AVE 3-5

_____

TEMPLE          TX     76501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **J & D Restaurant Group, LLC**                                    Case number (if known)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

VANESSA JARAMILLO

3625 WELLBORN RD APT # 1413

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

BRYAN                TX        77801

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

VANESSA RITCHIE

1501 E BARTON AVE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

TEMPLE              TX        76501

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

VERONICA BRADLEY

3115 PARRISH ST

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

BELLMEAD            TX        76705

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

VERONICA HASKINS

4404-D DEEK DR

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

KILLEEN             TX        76549

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **J & D Restaurant Group, LLC**                              Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

VERONICA LOPEZ

1309 AIRDALE RD

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BELTON          TX      76513        **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

VICKIE DAVIS

917 N DREW ST

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LIVINGSTON          TX      77351        **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

VICTOR CARROLL

506 W WARREN ST

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WACO          TX      76710        **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

VICTOR GOMEZ

2300 LUTHER ST

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TYLER          TX      75701        **Notice only**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

Debtor    **J & D Restaurant Group, LLC**                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**VICTORIA BETTS**

**101 EAST LANCE ST LOT # A5**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**MADISONVILLE           TX        77864**          **Notice only**

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          [x] No
                                                        [ ] Yes

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**VICTORIA HOLGUIN**

**345 FAIROAKS CRL**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**LUFKIN           TX        75901**          **Notice only**

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          [x] No
                                                        [ ] Yes

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**VICTORIA MONTALVO**

**3701 SPEIGHT AVE**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**WACO           TX        76711**          **Notice only**

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          [x] No
                                                        [ ] Yes

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**VICTORIA ROBINSON**

**813 LITTEL ST**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**COPPERAS COVE           TX        76522**          **Notice only**

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          [x] No
                                                        [ ] Yes

Debtor    **J & D Restaurant Group, LLC**      Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| | | |
|---|---|---|
| **3.725** | Nonpriority creditor's name and mailing address | $0.00 |

| | |
|---|---|
| VINCENT MCGLOTTEN | As of the petition filing date, the claim is: |
| 4302 SECRETARIAT DRIVE | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| KILLEEN   TX   76549 | **Notice only** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.726** | Nonpriority creditor's name and mailing address | $0.00 |

| | |
|---|---|
| VIOLETA UVALLE | As of the petition filing date, the claim is: |
| 206 WASHINGTON ST | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| KILLEEN   TX   76541 | **Notice only** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.727** | Nonpriority creditor's name and mailing address | $0.00 |

| | |
|---|---|
| WACEY HOYLE | As of the petition filing date, the claim is: |
| 21120 FM 244 | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| Iola   TX   77861 | **Goods and/or services** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.728** | Nonpriority creditor's name and mailing address | $0.00 |

| | |
|---|---|
| WALLACE RIGGLE | As of the petition filing date, the claim is: |
| 705 E JASPER DR | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| KILLEEN   TX   76541 | **Notice only** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☒ No   ☐ Yes |

Debtor **J & D Restaurant Group, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.729**   Nonpriority creditor's name and mailing address

WASTE MANAGEMENT OF TEXAS INC

PO BOX 660345

DALLAS      TX    75266

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,901.00**

---

**3.730**   Nonpriority creditor's name and mailing address

WELDON BISHOP

3699 CR 114

CENTERVILLE      TX    75833

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.731**   Nonpriority creditor's name and mailing address

WELLS FARGO - CREDIT LINE

733 MARQUETTE AVENUE, SUITE 700

MINNEAPOLIS      MN    55402

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services**

Is the claim subject to offset?
☑ No
☐ Yes

**$326,000.00**

---

**3.732**   Nonpriority creditor's name and mailing address

WILLIAM BOLIN

6406 CREEK LAND RD

KILLEEN      TX    76549

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **J & D Restaurant Group, LLC**                                         Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

WILLIAM HAWK

1305 W VILLA MARIA

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

BRYAN                    TX      77801            **Notice only**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __       ☑ No
                                                   ☐ Yes

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

WILLIAM STEWART JR

1738 DALLAS CIRCLE APT # A

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

WACO                     TX      76704            **Notice only**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __       ☑ No
                                                   ☐ Yes

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

WILLIE ALEXANDER

1208 MONROE LOOP APT.#D

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

KILLEEN                  TX      76543            **Notice only**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __       ☑ No
                                                   ☐ Yes

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

WILLIE DAVIS

2905 FM 1119

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

CENTERVILLE              TX      75833            **Notice only**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __       ☑ No
                                                   ☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**WILMA MANNING**

**968 CR 146 W**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**OVERTON** **TX** **75684**

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$153.82** |

**WINDSTREAM**

**PO BOX 9001908**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**LOUISVILLE** **KY** **40290-1908**

**Basis for the claim:**
**Goods and/or services**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**XANDRA GANLINDO**

**309 BOX FACTORY RD**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**DIBOLL** **TX** **75941**

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**XAVIA MODICUE**

**1600 BACON RANCH ROAD APT # 1502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**KILLEEN** **TX** **76542**

**Basis for the claim:**
**Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**YESENIA MESA**

**190 DEER LANE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LUFKIN**     **TX**    **75901**     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**YOANA VADO**

**4400 TROUP HWY #207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**TYLER**     **TX**    **75703**     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**YOLANDA AREVALO**

**505 RESTMEYER ST**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**BRYAN**     **TX**    **77803**     **Notice only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,221,567.00** |
|---|---|---|---|

**ZAFAR N. MOOSA**

**326 PRAIRIE HILL TRAIL**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**LEWISVILLE**     **TX**    **75056**     **Goods and/or services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **J & D Restaurant Group, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**ZYKIEAR MOSLEY LONG**

**1439 METHODIST RANCH RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**WACO**                          **TX      76705**

**Basis for the claim:**

**Notice only**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor **J & D Restaurant Group, LLC**     Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **Allied Insurance Company**<br>**1100 Locust Street, Dept. 1100**<br><br>**Des Moines**    **IA**    **50391** | Line **3.269**<br>☐ Not listed. Explain: | **5 7 0 4** |
| **4.2**   **Alston & Bird**<br>**Attn: Jonathan T. Edwards**<br>**One Atlantic Center**<br>**1201 West Peachtree Street**<br>**Atlanta**    **GA**    **30309-3424** | Line **3.494**<br>☐ Not listed. Explain: | __ __ __ __ |
| **4.3**   **Chris Norman**<br>**Norman Taylor PLLC**<br>**1801 Trimmier Road, Suite A2**<br><br>**Killeen**    **TX**    **76549** | Line **3.686**<br>☐ Not listed. Explain: | __ __ __ __ |
| **4.4**   **Craig W. Brown**<br>**Cappolino Dodd Krebs LLP**<br>**312 S Houston Avenue**<br><br>**Cameron**    **TX**    **76520** | Line **3.663**<br>☐ Not listed. Explain: | __ __ __ __ |
| **4.5**   **Don Wells**<br>**TXU Energy**<br>**6555 Sierra Drive**<br><br>**Irving**    **TX**    **75039** | Line **3.707**<br>☐ Not listed. Explain: | __ __ __ __ |
| **4.6**   **HARLAND CLARKE**<br>**D/B/A TRANSOURCE**<br>**15955 LA CANTERA PKWY**<br><br>**SAN ANTONIO**    **TX**    **78256** | Line **3.291**<br>☐ Not listed. Explain: | __ __ __ __ |

Debtor    **J & D Restaurant Group, LLC**    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.7** **Jared Mullowney** **Ben Abbott & Associates, PLLC** **1934 Pendleton Drive** **Garland** **TX** **75041** | Line **3.490** ☐ Not listed. Explain: | __ __ __ __ |
| **4.8** **Matthew C. Jameson** **Jameson & Dunagan, PC** **5429 LBJ Freeway, Suite 700** **Dallas** **TX** **75240** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.9** **Stacey Nefe** **AMCO Insurance Company** **One Nationwide Gateway** **Des Moines** **IA** **50391-1913** | Line **3.269** ☐ Not listed. Explain: | __ __ __ __ |
| **4.10** **Texas Mutual** **PO Box 12058** **Austin** **TX** **78711-2058** | Line **3.590** ☐ Not listed. Explain: | **8** **9** **0** **7** |
| **4.11** **Timothy R. Cappolino** **Cappolino Dodd Krebs LLP** **312 S Houston Avenue** **Cameron** **TX** **76520** | Line **3.663** ☐ Not listed. Explain: | __ __ __ __ |

Debtor    **J & D Restaurant Group, LLC**                    Case number (if known) _____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. **Total claims from Part 1**                    5a.    **$0.00**

5b. **Total claims from Part 2**                    5b. **+** **$2,751,664.90**

5c. **Total of Parts 1 and 2**                      5c.    **$2,751,664.90**
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **J & D Restaurant Group, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)     Chapter    **7**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Umbrella Insurance and General Liability Insurance | Allied Insurance Company |
|---|---|---|---|
| | | | 1100 Locust Street, Dept 1100 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Des Moines    IA    50391 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | "Freestyle" beverage dispensers | Coca-Cola Foodservice |
| | | | Risk Management Department |
| | | | The Coca-Cola Company |
| | State the term remaining | | PO Box 1734 |
| | List the contract number of any government contract | | Atlanta    GA    30301 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Franchisee Participation Agreement to purchase and serve Dr. Pepper fountain drinks | Dr. Pepper Snapple Group |
| | | | 5301 Legacy Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Plano    TX    75024-3109 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Bookkeeping and Payroll services, as well as lease of corporate office space and office equipment | FALCON HOLDINGS MANAGEMENT LLC |
| | | | 7 VILLAGE CIR STE 300 |
| | State the term remaining | | |
| | List the contract number of any government contract | | WESTLAKE    TX    76262 |

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement - Debtor was franchisee of 31 Jack in the Box restaurants. See Exhibit 1 to Schedule A/B for addresses.** | **Jack in the Box, Inc.** <br> **9330 Balboa Avenue** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Diego** **CA** **92123-1516** |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Flood Insurance for restaurant located at 5125 Bosque Blvd, Waco, Texas 76710.** | **National Flood Insurance Program** <br> **Federal Insurance Administrator** <br> **1800 South Bell Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Arlington** **VA** **20598-3010** |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **CO2 equipment** | **NuCO2, LLC** <br> **2800 SE Market Place** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Stuart** **FL** **34997** |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Credit card processing** | **PNC MERCHANT SERVICES** <br> **249 FIFTH AVE** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **PITTSBURGH** **PA** **15222** |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Cooking oil and related equipment** | **Restaurant Technologies, Inc.** <br> **3711 Kennebec Drive, Ste 100** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Eagan** **MN** **55122-1055** |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Workers Compensation insurance** | **Texas Mutual** <br> **PO Box 12058** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin** **TX** **78711-2058** |

Debtor  **J & D Restaurant Group, LLC**                                          Case number (if known) _____

### ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Utilities | TXU ENERGY<br>PO BOX 650638 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | DALLAS               TX      75265-0638 |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Storage unit | U-Haul Moving & Storage of Midway<br>3824 S General Bruce Drive |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Temple               TX      76502 |

**Fill in this information to identify the case:**

Debtor name            **J & D Restaurant Group, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

# Schedule H: Codebtors                                                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, Schedules D-G.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1**  Bernard J. Morrisey | **PO Box 236**<br>Number       Street<br><br>**Roanoke**         **TX**   **76262**<br>City                State   ZIP Code | **FIRST FRANCHISE CAPITAL** | ☑  D<br>☐  E/F<br>☐  G |
| **2.2**  Bernard J. Morrisey | **PO Box 236**<br>Number       Street<br><br>**Roanoke**         **TX**   **76262**<br>City                State   ZIP Code | **FIRST FRANCHISE CAPITAL** | ☑  D<br>☐  E/F<br>☐  G |
| **2.3**  Bernard J. Morrissey | **PO Box 236**<br>Number       Street<br><br>**Roanoke**         **TX**   **76262**<br>City                State   ZIP Code | **FIRST FRANCHISE CAPITAL** | ☑  D<br>☐  E/F<br>☐  G |
| **2.4**  Bernard J. Morrissey | **PO Box 236**<br>Number       Street<br><br>**Roanoke**         **TX**   **76262**<br>City                State   ZIP Code | **FIRST FRANCHISE CAPITAL** | ☑  D<br>☐  E/F<br>☐  G |
| **2.5**  Bernard J. Morrissey | **PO Box 236**<br>Number       Street<br><br>**Roanoke**         **TX**   **76262**<br>City                State   ZIP Code | **FIRST FRANCHISE CAPITAL** | ☑  D<br>☐  E/F<br>☐  G |

| Debtor | **J & D Restaurant Group, LLC** | Case number (if known) |
|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.6 | Bernard J. Morrissey | Audrey J. Morrissey<br>Number    Street<br>PO Box 236<br>Roanoke    TX    76262<br>City    State  ZIP Code | MBM CORPORATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | Irfan N. Moosa | Salima Moosa<br>Number    Street<br>2629 Damsel Cherry Lane<br>Lewisville    TX    75056<br>City    State  ZIP Code | MBM CORPORATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number    Street<br><br>SAN DIEGO    CA    92123<br>City    State  ZIP Code | ANGELINA COUNTY TAX OFFICE | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number    Street<br><br>SAN DIEGO    CA    92123<br>City    State  ZIP Code | Bell County Tax Appraisal District | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number    Street<br><br>SAN DIEGO    CA    92123<br>City    State  ZIP Code | BRAZOS COUNTY TAX | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number    Street<br><br>SAN DIEGO    CA    92123<br>City    State  ZIP Code | Cherokee County Appraisal District | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number    Street<br><br>SAN DIEGO    CA    92123<br>City    State  ZIP Code | CORYELL COUNTY | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **J & D Restaurant Group, LLC**     Case number (if known) _____

**▉ Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.13 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number Street<br><br>SAN DIEGO CA 92123<br>City State ZIP Code | Gregg County Tax Assessor-Collector | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number Street<br><br>SAN DIEGO CA 92123<br>City State ZIP Code | HILL COUNTY TAX OFFICE | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number Street<br><br>SAN DIEGO CA 92123<br>City State ZIP Code | Leon County Tax Assessor Collector | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number Street<br><br>SAN DIEGO CA 92123<br>City State ZIP Code | MADISON COUNTY TAX OFFICE | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number Street<br><br>SAN DIEGO CA 92123<br>City State ZIP Code | MCLENNAN COUNTY - TAX OFFICE | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number Street<br><br>SAN DIEGO CA 92123<br>City State ZIP Code | Nacaogdoches Central Appr Dist | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | JACK IN THE BOX INC | 9330 BALBOA AVE<br>Number Street<br><br>SAN DIEGO CA 92123<br>City State ZIP Code | SMITH COUNTY TAX OFFICE | ☑ D<br>☐ E/F<br>☐ G |

Debtor **J & D Restaurant Group, LLC** _____ Case number (if known) _____

## ▮ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.20 Zafar N. Moosa | 326 Prairie Hill Trail<br>Number   Street<br><br>Lewisville   TX   75056<br>City   State   ZIP Code | FIRST FRANCHISE CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 Zafar N. Moosa | 326 Prairie Hill Trail<br>Number   Street<br><br>Lewisville   TX   75056<br>City   State   ZIP Code | FIRST FRANCHISE CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 Zafar N. Moosa | 326 Prairie Hill Trail<br>Number   Street<br><br>Lewisville   TX   75056<br>City   State   ZIP Code | FIRST FRANCHISE CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.23 Zafar N. Moosa | 326 Prairie Hill Trail<br>Number   Street<br><br>Lewisville   TX   75056<br>City   State   ZIP Code | FIRST FRANCHISE CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.24 Zafar N. Moosa | 326 Prairie Hill Trail<br>Number   Street<br><br>Lewisville   TX   75056<br>City   State   ZIP Code | FIRST FRANCHISE CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 Zafar N. Moosa | Parveen Rsuid<br>Number   Street<br>326 Prairie Hill Trail<br><br>Lewisville   TX   75056<br>City   State   ZIP Code | MBM CORPORATION | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name   **J & D Restaurant Group, LLC**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B......................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B..................................................... | **$162,877.83** |

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B......................................................... | **$162,877.83** |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................................. | **$11,363,101.39** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................ | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................... | **+ $2,751,664.90** |

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................ | **$14,114,766.29** |

**Fill in this information to identify the case and this filing:**

Debtor Name **J & D Restaurant Group, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/19/2017__        X **/s/ Bernard J. Morrissey**
　　　　　　　MM / DD / YYYY　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　**Bernard J. Morrissey**
　　　　　　　　　　　　　　　　　　Printed name
　　　　　　　　　　　　　　　　　　**CEO/President**
　　　　　　　　　　　　　　　　　　Position or relationship to debtor

# Exhibit 1 (Schedule A/B)

**J & D Restaurant Group, LLC**

| JIB # | Street | City | State | Zip | Phone # | County |
|-------|--------|------|-------|-----|---------|--------|
| 675 | 2906 Texas Avenue | Bryan | TX | 77802 | 979-775-7103 | Brazos |
| 683 | 1504 Texas Avenue Hwy 6 | College Station | TX | 77840 | 979-693-4310 | Brazos |
| 816 | 204 W Adams Ave | Temple | TX | 76501 | 254-778-4571 | Bell |
| 818 | 210 W Rancier Ave | Killeen | TX | 76541 | 254-526-4777 | Bell |
| 828 | 901 E Hwy 190 | Copperas Cove | TX | 76522 | 254-547-9898 | Coryell |
| 832 | 5125 Bosque Blvd | Waco | TX | 76710 | 254-776-0097 | McLennan |
| 835 | 725 S University Parks Dr | Waco | TX | 76706 | 254-755-7009 | McLennan |
| 838 | 3201 E Veterans Memorial Blvd | Killeen | TX | 76543 | 254-699-5944 | Bell |
| 852 | 201 Hewitt Dr | Waco | TX | 76712 | 254-772-3600 | McLennan |
| 3764 | 1129 W St. Marys | Centerville | TX | 75833 | 903-536-1022 | Leon |
| 3783 | 1903 W Frank St | Lufkin | TX | 75904 | 936-634-1985 | Angelina |
| 3786 | 400 N Temple | Diboll | TX | 75941 | 936-829-3344 | Angelina |
| 3787 | 2015 North St | Nacogdoches | TX | 75965 | 936-568-9690 | Nacogdoches |
| 3796 | 307 E FM 2410 Rd | Harker Heights | TX | 76548 | 254-680-7989 | Bell |
| 3801 | 1902 E Denman Ave | Lufkin | TX | 75901 | 936-634-2011 | Angelina |
| 3803 | 1703 S Broadway Ave | Tyler | TX | 75701 | 903-592-8841 | Smith |
| 3804 | 6915 S Broadway Ave | Tyler | TX | 75703 | 903-939-9632 | Smith |
| 3805 | 121 N Northwest Loop 323 | Tyler | TX | 75702 | 903-596-7739 | Smith |
| 3813 | 1724 S Valley Mills Dr | Waco | TX | 76711 | 254-754-7514 | McLennan |
| 3814 | 1525 Interstate 35 N | Bellmead | TX | 76705 | 254-412-2013 | McLennan |
| 3816 | 3000 E Main | Madisonville | TX | 77864 | 936-349-0881 | Madison |
| 3817 | 1405 Corsicana Hwy | Hillsboro | TX | 76645 | 8177268532 | Hill |
| 3818 | 1329 S Jackson St | Jacksonville | TX | 75766 | 903-541-0408 | Cherokee |
| 3825 | 3511 Longmire Dr | College Station | TX | 77845 | 979-695-2993 | Brazos |
| 3839 | 745 US Highway 259 N | Kilgore | TX | 75662 | 903-988-8186 | Gregg |
| 3852 | 1100 E Central Texas Expy | Killeen | TX | 76541 | 254-690-2055 | Bell |
| 3855 | 900 N Earl Rudder Fwy | Bryan | TX | 77802 | 979-731-8893 | Brazos |
| 3862 | 3608 SW HK Dodgen Loop | Temple | TX | 76504 | 254-742-0195 | Bell |
| 3864 | 5301 W Stan Schlueter Loop | Killeen | TX | 76549 | 254-634-0924 | Bell |
| 4710 | 3800 E Elms | Killeen | TX | 76542 | 254-680-0078 | Bell |
| 4720 | 2808 Oakmark Drive | Belton | TX | 76513 | 254-939-2168 | Bell |

**Exhibit 2 (Schedule A/B)**

**(Unit numbers correspond to the restaurant locations listed on Exhibit 1)**

| Units | Outside Pole Signs | Outside High Rise Sign | Building Signage | Outside Pole Lights 2 lights on each | Patio Furniture | Preview Menuboard | Order Menuboard with Speaker | Dining Room Tables | Dining Room Chairs | Dining Room Lighting | DR Freestyle Coke machines & Cabinet w/ Ice Machine | DT Freestyle Coke Machine & Cabinet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 675 | 1 | | 3 | 5 | 4 | 1 | 1 | 7 | 32 | Numerous | 1 | 1 |
| 683 | 1 | | 3 | 5 | 6 | 1 | 1 | 7 | 32 | Numerous | 1 | 1 |
| 816 | 1 | | 2 | 4 | | 1 | 1 | 7 | 28 | Numerous | 1 | 1 |
| 818 | 1 | | 2 | 5 | | 1 | 1 | 7 | 28 | Numerous | | |
| 828 | 1 | | 2 | 5 | | 1 | 1 | 7 | 28 | Numerous | 1 | 1 |
| 832 | 1 | | 2 | 5 | 6 | 1 | 1 | 7 | 28 | Numerous | 1 | 1 |
| 835 | 1 | | 2 | 5 | | 1 | 1 | 13 | 58 | Numerous | | |
| 838 | 1 | | 2 | 6 | | 1 | 1 | 12 | 40 | Numerous | 1 | 1 |
| 852 | 1 | | 2 | 6 | | 1 | 1 | 12 | 40 | Numerous | 1 | 1 |
| 3764 | 1 | 1 | 2 | 5 | | 1 | 1 | 9 | 36 | Numerous | 1 | 1 |
| 3783 | 1 | 1 | 2 | 6 | | 1 | 1 | 11 | 46 | Numerous | 1 | 1 |
| 3786 | 1 | | 2 | 5 | | 1 | 1 | 7 | 30 | Numerous | | |
| 3787 | 1 | | 2 | 6 | | 1 | 1 | 19 | 76 | Numerous | 1 | 1 |
| 3796 | 1 | | 2 | 4 | | 1 | 1 | 9 | 36 | Numerous | 1 | 1 |
| 3801 | 1 | 1 | 2 | 5 | | 1 | 1 | 17 | 70 | Numerous | 1 | 1 |
| 3803 | 1 | | 2 | 5 | | 1 | 1 | 11 | 46 | Numerous | 1 | 1 |
| 3804 | 1 | | 2 | 5 | | 1 | 1 | 17 | 70 | Numerous | 1 | 1 |
| 3805 | 1 | | 2 | 5 | | 1 | 1 | 17 | 72 | Numerous | 1 | 1 |
| 3813 | 1 | | 2 | 5 | | 1 | 1 | 12 | 52 | Numerous | 1 | 1 |
| 3814 | 1 | 1 | 3 | 5 | | 1 | 1 | 12 | 52 | Numerous | 1 | 1 |
| 3816 | 1 | 1 | 2 | 5 | | 1 | 1 | 12 | 40 | Numerous | 1 | 1 |
| 3817 | 1 | 1 | 2 | 5 | | 1 | 1 | 13 | 52 | Numerous | 1 | 1 |
| 3818 | 1 | | 2 | 5 | | 1 | 1 | 13 | 52 | Numerous | 1 | 1 |
| 3825 | 1 | | 2 | 5 | | 1 | 1 | 12 | 40 | Numerous | | |
| 3839 | 1 | | 2 | 5 | | 1 | 1 | 12 | 54 | Numerous | 1 | 1 |
| 3852 | 1 | | 2 | 5 | | 1 | 1 | 7 | 30 | Numerous | 1 | 1 |
| 3855 | 1 | 1 | 2 | 5 | | 1 | 1 | 7 | 28 | Numerous | 1 | 1 |
| 3862 | 1 | 1 | 2 | 5 | | 1 | 1 | 12 | 52 | Numerous | 1 | 1 |
| 3864 | 1 | | 2 | 5 | | 1 | 1 | 11 | 50 | Numerous | 1 | 1 |
| 4710 | 1 | | 2 | 5 | | 1 | 1 | 12 | 52 | Numerous | 1 | 1 |
| 4720 | 1 | | 2 | 5 | | 1 | 1 | 7 | 28 | Numerous | 1 | 1 |
| **TOTALS** | **31** | **8** | **65** | **157** | **16** | **31** | **31** | **338** | **1378** | | **27** | **27** |

| Units | Bevariety DR Drink System with Ice Machine | Bevariety DR Cabinet | Bevariety Drive Thru Drink System | Ice Machine | Drive Thru Headsets | Drive Thru Loop | Front Counter | POS Units for Front line | POS Units for Drive Thru | Bump Bars | Monitors | Drive Thru Cabinet | Tray's For Guest Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 675 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 683 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 816 | | | | 1 | 4 | 1 | 1 | 2 | 3 | 7 | 7 | 1 | 25 |
| 818 | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 828 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 832 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 835 | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 838 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 852 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3764 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3783 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3786 | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3787 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3796 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3801 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3803 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3804 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3805 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3813 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3814 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3816 | | | | 1 | 4 | 1 | 1 | 2 | 3 | 8 | 8 | 1 | 25 |
| 3817 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3818 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3825 | 1 | 1 | 1 | 1 | 4 | 1 | 1 | 2 | 2 | 4 | 4 | 1 | 25 |
| 3839 | | | | 1 | 4 | 1 | 1 | 2 | 3 | 7 | 7 | 1 | 25 |
| 3852 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 7 | 7 | 1 | 25 |
| 3855 | | | | 1 | 4 | 1 | 1 | 2 | 3 | 7 | 7 | 1 | 25 |
| 3862 | | | | 1 | 4 | 1 | 1 | 2 | 3 | 7 | 7 | 1 | 25 |
| 3864 | | | | 1 | 4 | 1 | 1 | 2 | 3 | 7 | 7 | 1 | 25 |
| 4710 | | | | 1 | 4 | 1 | 1 | 2 | 3 | 7 | 7 | 1 | 25 |
| 4720 | | | | 1 | 4 | 1 | 1 | 2 | 2 | 7 | 7 | 1 | 25 |
| TOTALS | 4 | 4 | 4 | 31 | 124 | 31 | 31 | 62 | 69 | 152 | 152 | 31 | 775 |

| Units | Baskets for Inside Orders | Shake Machine | Shake Mixer | Coffee Machine | Tea Brewer | Hand Sinks | POU Refrigerators | POU Freezers | Upright Freezer Cooler Combo | Upright Cooler | Stainless Steel Assembly Line Cabinet | Stainless Steel Pass Through Cabinet | Protein Holding Cabinet | Assembly Station Refrigerator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 675 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 683 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 816 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 818 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | | 2 | | 1 | 1 | 1 | 1 |
| 828 | 30 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 832 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 835 | 30 | 1 | 1 | 1 | 1 | 2 | 1 | | 2 | | 1 | 1 | 1 | 1 |
| 838 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 852 | 30 | 1 | 1 | 1 | 1 | 2 | 1 | | 2 | 1 | 1 | 1 | 1 | 1 |
| 3764 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3783 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | | 2 | | 1 | 1 | 1 | 1 |
| 3786 | 30 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3787 | 30 | 1 | 1 | 1 | 1 | 2 | 1 | | 2 | | 1 | 1 | 1 | 1 |
| 3796 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3801 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3803 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3804 | 30 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3805 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3813 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3814 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3816 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3817 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3818 | 30 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3825 | 30 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3839 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3852 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3855 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3862 | 30 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 3864 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 4710 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| 4720 | 30 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | | 1 | 1 | 1 | 1 |
| TOTALS | 930 | 31 | 31 | 31 | 31 | 62 | 53 | 26 | 62 | 1 | 31 | 31 | 31 | 31 |

| Units | Stainless Steel Pans for Assembly Station | Microwaves | Fried Protein Cabinet or Warmer | Round Up Toaster | Round Up Toaster Butter Wheel | Sourdough Toaster | Batch Toaster | Flat Grill | Flat Grill Timer | Grill Hood and Grill Hood Fan | Fire Suppression System for Grill | Upright Meat Freezer | Upright Frozen Food Freezer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 675 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 683 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 816 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 818 | Numerous | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 |
| 828 | Numerous | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 |
| 832 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 835 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 838 | Numerous | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 |
| 852 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3764 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3783 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3786 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3787 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3796 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3801 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3803 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3804 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3805 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3813 | Numerous | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 |
| 3814 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3816 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3817 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3818 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3825 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3839 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3852 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3855 | Numerous | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3862 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3864 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4710 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4720 | Numerous | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| TOTALS | | 63 | 31 | 31 | 31 | 31 | 27 | 31 | 31 | 31 | 31 | 31 | 31 |

| Units | Fry Station dump Station | Fryers | Fryer Filtration System | Fry Timer | Fry Hood & Fan on Roof | Fire Suppression System for Fryers | Taco Station | Taco Station Warmer | Taco Station Freezer Cooler Combo | Food Prep Table | Food Prep Lettuce Slicer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 675 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 683 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 816 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 818 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 828 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 832 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 835 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 838 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 852 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3764 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3783 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3786 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3787 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3796 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3801 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3803 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3804 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3805 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3813 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3814 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3816 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3817 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3818 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3825 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3839 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3852 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 3855 | 1 | 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3862 | 1 | 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3864 | 1 | 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4710 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4720 | 1 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| TOTALS | 31 | 127 | 31 | 31 | 31 | 31 | 31 | 5 | 31 | 31 | 31 |

| Units | Food Prep Tomato Slicer | Food Prep Cambro Pans | Prep Sink | Racks for Soda Products | Drink station Filtration Filters | Hot Water Heater | Three Compartment Sink | Walk in Cooler | Walk in Freezer | Storage Racks | HVAC Units on Roof |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 675 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 683 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 816 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 818 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 828 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 832 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 835 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 838 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 852 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3764 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3783 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 3786 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3787 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 3796 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3801 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 3803 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3804 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 3805 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 3813 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3814 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3816 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3817 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3818 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3825 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3839 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 3 |
| 3852 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3855 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3862 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 3864 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 4710 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| 4720 | 1 | Numerous | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Numerous | 2 |
| TOTALS | 31 | | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 0 | 73 |

| JIB # | Street | City | State | ZIP Code | Business Phone | NCR 7403 Register | NCR 7402 Register | 7197 Printer USB Cable | NCR Cash Drawer | Bump Bars | Oasys Boxes | Delphi 9210 | Hyper OCS | 7402 CBT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 675 | 2906 S Texas Ave | Bryan | TX | 77802 | 979-775-7103 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 683 | 1504 Texas Ave Hwy 6 | College Station | TX | 77840 | 979-693-4310 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 816 | 204 W Adams Ave | Temple | TX | 76501 | 254-778-4571 | 0 | 5 | 4 | 5 | 7 | 3 | 1 | 0 | 1 |
| 818 | 210 W Rancier | Killeen | TX | 76541 | 254-526-4777 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 828 | 2 E Hwy 190 | Copperas Cove | TX | 76522 | 254-547-9898 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 832 | 5125 Bosque Blvd | Waco | TX | 76710 | 254-776-0097 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 835 | 725 University Parks Dr | Waco | TX | 76706 | 254-755-7009 | 4 | 0 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 838 | 3201 E Veterans Memorial Blvd | Killeen | TX | 76543 | 254-699-5944 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 852 | 201 Hewitt Dr | Waco | TX | 76712 | 254-772-3600 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3764 | 1129 W St Marys | Centerville | TX | 75833 | 903-536-1022 | 0 | 4 | 3 | 4 | 4 | 2 | 0 | 1 | 1 |
| 3783 | 1903 W Frank St | Lufkin | TX | 75904 | 936-634-1985 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3786 | 400 N Temple | Diboll | TX | 75941 | 936-829-3344 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3787 | 2015 North St | Nacogdoches | TX | 75965 | 936-568-9690 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3796 | 307 E Fm 2410 Rd | Harker Heights | TX | 76548 | 254-680-7989 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3801 | 1902 E Denman Ave | Lufkin | TX | 75901 | 936-634-2011 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3803 | 1703 S Broadway Ave | Tyler | TX | 75701 | 903-592-8841 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3804 | 6915 S Broadway Ave | Tyler | TX | 75703 | 903-939-9632 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3805 | 121 N Northwest Loop 323 | Tyler | TX | 75702 | 903-596-7739 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3813 | 1724 S Valley Mills Dr | Waco | TX | 76711 | 254-754-7514 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3814 | 1525 Interstate 35 N | Bellmead | TX | 76705 | 254-412-2013 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3816 | 3000 E Main | Madisonville | TX | 77864 | 936-349-0881 | 5 | 0 | 4 | 5 | 8 | 3 | 0 | 1 | 1 |
| 3817 | 1405 Corsicana Hwy | Hillsboro | TX | 76645 | 254-582-0443 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3818 | 1329 S Jackson St | Jacksonville | TX | 75766 | 903-541-0408 | 0 | 4 | 3 | 4 | 4 | 2 | 1 | 0 | 1 |
| 3825 | 3511 Longmire Dr | College Station | TX | 77845 | 979-695-2993 | 4 | 0 | 3 | 4 | 4 | 2 | 0 | 1 | 1 |
| 3839 | 745 Us Highway 259 N | Kilgore | TX | 75662 | 903-988-8186 | 5 | 0 | 4 | 5 | 7 | 3 | 0 | 1 | 1 |
| 3852 | 1100 E Central Texas Expy | Killeen | TX | 76541 | 254-690-2055 | 4 | 0 | 3 | 4 | 7 | 3 | 0 | 1 | 1 |
| 3855 | 900 N Earl Rudder Fwy | Bryan | TX | 77802 | 979-731-8893 | 5 | 0 | 4 | 5 | 7 | 3 | 1 | 0 | 1 |
| 3862 | 3608 Sw Hk Dodgen Loop | Temple | TX | 76502 | 254-742-0195 | 0 | 5 | 4 | 5 | 7 | 3 | 1 | 0 | 1 |
| 3864 | 5301 W Stan Schlueter Loop | Killeen | TX | 76549 | 254-634-0924 | 0 | 5 | 4 | 5 | 7 | 3 | 1 | 0 | 1 |
| 4710 | 3800 E Elms | Killeen | TX | 76542 | 254-680-0078 | 0 | 5 | 4 | 5 | 7 | 3 | 1 | 0 | 1 |
| 4720 | 2808 Oakmark Dr | Belton | TX | 76513 | 254-939-2168 | 0 | 4 | 3 | 4 | 7 | 3 | 1 | 0 | 1 |
| | | | | | | 27 | 104 | 100 | 131 | 152 | 71 | 26 | 5 | 31 |